# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
Elena Ben David ,                    *
                                     *
            Plaintiff,               *
    v.                               *    Civil No. 1:25-cv-00278-LM-AJ
                                     *
Attorney Discipline Office           *
of the NH Supreme Court,             *
                                     *
            Defendants.              *
                                     *
*************************************
```

### ASSENTED-TO MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Defendant, the Attorney Discipline Office of the New Hampshire Supreme Court, by and through their counsel, the New Hampshire Office of the Attorney General, hereby moves and states as follows:

1. On or around July 28, 2025, Plaintiff initiated this action by filing her initial Complaint with this Court. *See* ECF Doc. No 1

2. The Defendant's deadline to respond to Plaintiff's Complaint is presently set for November 7, 2025.

3. Defendant requires additional time to compile a responsive pleading and requests an extension of its deadline to Friday November 14, 2025.

4. Plaintiff was contacted, through counsel, regarding the relief requested herein and assents to same.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

   A.  Grant this Assented-To Motion;

   B.  Extend the Defendant's responsive pleading deadline to November 14, 2025; and

   C.  Grant any other and further relief as justice may require.

                                        Respectfully submitted,

                                        Attorney Discipline Office
                                        of the NH Supreme Court

                                        By its attorney,

                                        THE OFFICE OF THE ATTORNEY GENERAL

Dated: November 6, 2025          /s/ Shawna Bentley
                                        Shawna Bentley, Bar #270149
                                        Assistant Attorney General
                                        Civil Bureau
                                        NH Department of Justice
                                        1 Granite Place South
                                        Concord, NH 03301
                                        shawna.bentley@doj.nh.gov
                                        (603) 271-6836

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

                                        /s/ Shawna Bentley
                                        Shawna Bentley