UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*************************************
Elena Ben David ,                               *
                                                *
      Plaintiff,              *
v.                                              *     Civil No. 1:25-cv-00278-LM-AJ
                                                *
Attorney Discipline Office                      *
of the NH Supreme Court,                        *
                                                *
      Defendants.             *
                                                *
*************************************

## ASSENTED-TO MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Defendant, the Attorney Discipline Office of the New Hampshire Supreme Court, by and through their counsel, the New Hampshire Office of the Attorney General, hereby moves and states as follows:

1. On or around July 28, 2025, Plaintiff initiated this action by filing her initial Complaint with this Court. *See* ECF Doc. No 1

2. On or around November 6, 2025, Defendant filed an Assented-to Motion to Extend Time to Answer. The Defendant's deadline to respond to Plaintiff's Complaint is presently set for November 14, 2025.

3. Defendant requires additional time to compile a responsive pleading and requests an extension of its deadline to Wednesday, November 19, 2025.

4. Plaintiff was contacted, through counsel, regarding the relief requested herein and assents to same.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

   A.  Grant this Assented-To Motion;

   B.  Extend the Defendant's responsive pleading deadline to November 19, 2025; and

   C.  Grant any other and further relief as justice may require.

                                  Respectfully submitted,

                                  Attorney Discipline Office
                                  of the NH Supreme Court

                                  By its attorney,

                                  THE OFFICE OF THE ATTORNEY GENERAL

Dated: November 14, 2025        /s/ Shawna Bentley
                                  Shawna Bentley, Bar #270149
                                  Assistant Attorney General
                                  Civil Bureau
                                  NH Department of Justice
                                  1 Granite Place South
                                  Concord, NH 03301
                                  shawna.bentley@doj.nh.gov
                                  (603) 271-6836

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

                                  /s/ Shawna Bentley
                                  Shawna Bentley