UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Ben David

    v.                                      Civil No. 25-cv-278-LM

Attorney Discipline Office of
NH Supreme Court

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

November 24, 2025

cc: Counsel of Record