UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Elena Ben David, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00278-SE-AJ |
| ) | |
| The Attorney Discipline Office of ) | |
| the New Hampshire Supreme Court, ) | |
| ) | |
| Defendant ) | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE
RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

NOW COMES the Plaintiff, Elena Ben David ("Ms. Ben David"), by and through her attorneys, Cleveland, Waters and Bass, P.A., and respectfully moves to extend the deadline to file a response to the Defendant's Motion to Dismiss her complaint ,and states as follows in support thereof:

    1.    Ms. Ben David's objection is due today, December 3, 2025.  Ms. Ben David requests an extension of the deadline to file a response to the motion to dismiss to December 17, 2025.  This extension of time will not result in the continuance of any hearing, conference, or trial.

    2.    The Defendant has assented to the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

    A.    Grant this motion and extend the deadline for Ms. Ben David to file her response to December 17, 2025; and

    B.    Grant such other and further relief as may be just, equitable, and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Elena Ben David, |
|  | By Her Attorneys, |
| December 3, 2025 | */s/ Jacob M. Rhodes* |
|  | Jacob M. Rhodes, Esq. (NH Bar #274590) |
|  | rhodesj@cwbpa.com |
|  | Cleveland, Waters and Bass, P.A. |
|  | Two Capital Plaza, Fifth Floor |
|  | Concord, NH 03301 |
|  | (603) 224-7761 |
|  | -and- |

| | |
|---|---|
| Richard J. Lehmann | Thomas C. Frongillo |
| (NH Bar #9339) | (BBO No. 180690) |
| rick@nhlawyer.com | (*Pro Hac Vice* Forthcoming) |
| Lehmann Major List PLLC | tfrongillo@campbell-trial-lawyers.com |
| 6 Garvins Falls Road | Campbell Conroy & O'Neil, P.C. |
| Concord, NH 03301 | 20 City Square, Suite 300 |
| (603) 212-4099 | Boston, MA 02129-3733 |
|  | (617) 241-3000 |

**CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of the within document was served upon all counsel of record through the court's ecf-filing system.

| | |
|---|---|
| December 3, 2025 | */s/ Jacob M. Rhodes* |
|  | Jacob M. Rhodes, Esq. |

4931-3805-9390, v. 1