

| | | Report Generated by | |
|---|---|---|---|
| Dept. | HILLSBORO POLICE DEPT. -NH | Name | McSweeney, Mark (246) |
| Case ID | 22-▮▮▮-AR | Username | MMcSweeney@hillsboropd.com |
| | | Local Timezone | Eastern Standard Time (UTC -05:00) |
| | | Generated On | 16 Jan 2024 17:07:13 |
| Unique ID: 4BB8FF60388A4327B268B39C6BA91D16 | | Audit Trail Date Range | 16 Sep 2022 - 16 Jan 2024 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 1 | 16 Sep 2022 | 20:13:37 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Created |
| 2 | 16 Sep 2022 | 20:13:38 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Evidence '157 Main Street Hopkinton - HPD Booking' Added to Case |
| 3 | 16 Sep 2022 | 20:13:38 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Evidence '276 Second NH Turnpike' Added to Case |
| 4 | 16 Sep 2022 | 20:13:38 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Evidence '276 2nd NH Turnpike ' Added to Case |
| 5 | 16 Sep 2022 | 20:13:38 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 6 | 16 Sep 2022 | 20:14:43 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Initiated case evidence download link containing 1 package(s) to Whitehead, Lisa (Badge ID: 89fc28fda556, Agency: my.evidence.com), Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com); excluding Audit Trails.<br>Included Optional Message: The Hillsboro Police Department has sent you a link to download body-cam footage.<br>IMPORTANT: The link provided is only valid for 10 days.<br>Defendant: ▮▮▮<br>Case: 22-▮▮▮-AR |
| 7 | 16 Sep 2022 | 20:16:20 (-04:00) | System | Successfully sent case evidence download link containing 1 package(s) to Whitehead, Lisa (Badge ID: 89fc28fda556, Agency: my.evidence.com), Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com).<br>Download link expires on 26 Sep 2022 17:14:43 (-07:00). |
| 8 | 18 Sep 2022 | 22:04:36 (-04:00) | Client IP Address: 73.123.136.213 | Case evidence package 1 of 1 downloaded via download link sent to Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com) |
| 9 | 19 Sep 2022 | 10:33:26 (-04:00) | Client IP Address: 50.252.224.169 | Case evidence package 1 of 1 downloaded via download link sent to Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com) |
| 10 | 19 Sep 2022 | 10:55:40 (-04:00) | Client IP Address: 50.252.224.169 | Case evidence package 1 of 1 downloaded via download link sent to Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com) |
| 11 | 29 Sep 2022 | 20:48:18 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 12 | 29 Sep 2022 | 20:51:06 (-04:00) | McSweeney, Mark (Badge ID: 246)<br>Username: MMcSweeney@hillsboropd.com<br>User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Initiated case evidence download link containing 1 package(s) to Whitehead, Lisa (Badge ID: 89fc28fda556, Agency: my.evidence.com), ▮▮▮ (Badge ID: b6a1fd9e5e57, Agency: my.evidence.com); excluding Audit Trails.<br>Included Optional Message:<br>The Hillsboro Police Department has sent you a link to download body-cam footage.<br>IMPORTANT: The link provided is only valid for 10 days.<br>▮▮▮ HPD# 22-▮▮▮-AR |

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 13 | 29 Sep 2022 | 20:52:34 (-04:00) | System | Successfully sent case evidence download link containing 1 package(s) to Whitehead, Lisa (Badge ID: 89fc28fda556, Agency: my.evidence.com), Fricano, Joseph (Badge ID: b6a1fd9e5e57, Agency: my.evidence.com). Download link expires on 09 Oct 2022 17:51:06 (-07:00). |
| 14 | 30 Sep 2022 | 08:52:50 (-04:00) | Client IP Address: 216.107.205.61 | Case evidence package 1 of 1 downloaded via download link sent to ▮▮▮▮ (Badge ID: b6a1fd9e5e57, Agency: my.evidence.com) |
| 15 | 03 Oct 2022 | 19:55:51 (-04:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 16 | 04 Oct 2022 | 15:45:14 (-04:00) | Client IP Address: 50.252.224.169 | Case evidence package 1 of 1 downloaded via download link sent to Whitehead, Lisa (Badge ID: 89fc28fda556, Agency: my.evidence.com) |
| 17 | 28 Nov 2022 | 21:17:16 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 18 | 28 Nov 2022 | 21:18:20 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Initiated case evidence download link containing 1 package(s) to Fricano, Joseph (Badge ID: b6a1fd9e5e57, Agency: my.evidence.com); excluding Audit Trails. Included Optional Message: ▮▮▮▮ # 22-▮▮▮-AR<br><br>The Hillsboro Police Department has sent you a link to download body-cam footage.<br><br>IMPORTANT: The link provided is only valid for 10 days. |
| 19 | 28 Nov 2022 | 21:19:50 (-05:00) | System | Successfully sent case evidence download link containing 1 package(s) to ▮▮▮▮ (Badge ID: b6a1fd9e5e57, Agency: my.evidence.com). Download link expires on 08 Dec 2022 18:18:20 (-08:00). |
| 20 | 01 Dec 2022 | 00:57:06 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 21 | 01 Dec 2022 | 00:57:11 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded |
| 22 | 01 Dec 2022 | 00:57:12 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded |
| 23 | 02 Mar 2023 | 19:57:02 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 24 | 02 Mar 2023 | 20:45:53 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 25 | 02 Mar 2023 | 20:45:57 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded |
| 26 | 02 Mar 2023 | 20:45:58 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded |
| 27 | 16 Jan 2024 | 16:37:48 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 28 | 16 Jan 2024 | 16:39:29 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded |
| 29 | 16 Jan 2024 | 16:39:30 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded |
| 30 | 16 Jan 2024 | 16:55:31 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed |
| 31 | 16 Jan 2024 | 16:55:59 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Initiated case evidence download link containing 1 package(s) to Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com); including Audit Trails; excluding Table of Contents, Transcripts. Included Optional Message: 22-▮▮▮-AR |

| #  | Date        | Time              | User                                                                                              | Activity                                                                                                                                                                                  |
|----|-------------|-------------------|---------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 32 | 16 Jan 2024 | 16:58:06 (-05:00) | System                                                                                            | Successfully sent case evidence download link containing 1 package(s) to Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com). Download link expires on 26 Jan 2024 13:55:59 (-08:00). |
| 33 | 16 Jan 2024 | 16:58:39 (-05:00) | Client IP Address: 50.252.224.169                                                                 | Case evidence package 1 of 1 downloaded via download link sent to Brander, Elena (Badge ID: 3455e83cf19e, Agency: my.evidence.com)                                                        |
| 34 | 16 Jan 2024 | 17:06:56 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case or Case Related Record Accessed                                                                                                                                                      |
| 35 | 16 Jan 2024 | 17:07:12 (-05:00) | McSweeney, Mark (Badge ID: 246) Username: MMcSweeney@hillsboropd.com User ID: b19a5e54883a4fe68f5ba95fc5cfe5e1 | Case Audit Trail Downloaded                                                                                                                                                               |