**From:**
**To:** Elena Brander
**Subject:** State v.
**Date:** Wednesday, October 12, 2022 5:25:35 PM

Elena,

Good evening. I know I am early, but I finished a lengthy meeting with my client. Before sending an offer, please understand that my client is not going to enter any disposition involving a felony conviction. Although I have not had the opportunity to review the police reports, I have watched portions of the body cameras.

She would entertain a conviction for disorderly conduct with a suspended sentence. I am not trying to be brash, but I do not want to waste your time putting together a felony offer which she will not accept. If the State is insistent on a felony resolution, kindly let me know, and we will proceed accordingly.

Regards,

--

**Best regards,**



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.



