Outlook

### Re: BWC REQUEST FOR LYNN GEDDES-MORIN YOUR # 22-252-AR

**From** Joseph Fricano <jfricano@cfw-lawyers.com>
**Date** Mon 11/28/2022 6:39 PM
**To** Elena Brander <elena.brander@hcnh.gov>

Elena,

You do not dictate who I send emails to...feel free to file a motion and waste time....

On Mon, Nov 28, 2022 at 6:29 PM Elena Brander <elena.brander@hcnh.gov> wrote:

> Dear Joe:
>
> For the third time, I am asking you to send your discovery requests to me. If this happens again, I will take it up with the Court.
>
> Thank you,
>
> Elena
>
> ---
>
> **From:** Joseph Fricano <jfricano@cfw-lawyers.com>
> **Sent:** Monday, November 28, 2022 5:56 PM
> **To:** Lisa Whitehead <lisa.whitehead@hcnh.gov>
> **Cc:** court@hillsboropd.com; mmcsweeny@hillsboropd.com; Sandy Burrows <sburrows@hillsboropd.com>; Elena Brander <elena.brander@hcnh.gov>
> **Subject:** Re: BWC REQUEST FOR LYNN GEDDES-MORIN YOUR # 22-252-AR
>
> FYI--I did not receive anything.  Thank you
>
> On Mon, Nov 28, 2022 at 2:00 PM Lisa Whitehead <lisa.whitehead@hcnh.gov> wrote:
>
>> Hello,

Please re-share the body worn camera with Attorney Joseph Fricano as his link has expired. Thank you, Lisa

Lisa Whitehead, Legal Secretary

Hillsborough County Attorney's Office

300 Chestnut Street

Manchester, NH  03101

Tel:  (603) 627-5605, ext 4315

Direct line: 603-314-4315

Fax:  (603) 627-5627

Please note my new email address: lisa.whitehead@hcnh.gov

This e-mail communication (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510 et seq. This communication is CONFIDENTIAL. The legal advice and work product contained herein are PRIVILEGED and intended only for disclosure to or use by the person(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by using the "reply" feature or by calling me at 603.627.5605, and then immediately delete this message and all attachments from your computer.

--

Best regards,