**From:** Elena Brander
**To:** ▮
**Subject:** RE: State v. ▮
**Date:** Tuesday, November 29, 2022 11:23:00 AM

Dear ▮:

The State objects to mediation.

Thank you,

Elena Brander

---

**From:** ▮ <▮>
**Sent:** Tuesday, November 29, 2022 11:09 AM
**To:** Elena Brander <elena.brander@hcnh.gov>
**Subject:** State v. ▮

Elena,

   You and I have different opinions about many issues, which is fine. But, I want to lower the temperature around this case. We can despise one another professionally, and you can make things difficult, like moving slowly on sending me another link to the discovery, which I have received from other prosecutors on the same day I make the request etc.
   I hope we can rise above our differences and agree to assign this case to criminal mediation. Perhaps you will consider the viewpoint of a neutral third party with many years of experience about the offer in this case. Alternatively, I am always willing to listen if I am informed that my perspective is wrong.
   For purposes of the dispositional hearing, I need the link for the discovery, if I do not have it by COB today, I will file an appropriate pleading. This is a very simple request, and I am tired of wading my way through animosity and nonsense. I will be requesting criminal mediation. Let me know what you think

--

Best regards,

▮

▮
▮ ▮
▮
▮
▮ ▮
▮



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

▮