Filed
File Date: 12/1/2022 2:44 AM
Hillsborough Superior Court Northern District
E-Filed Document

THE STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS.                                                      SUPERIOR COURT
DOCKET NO. 216-2022-CR-▮▮▮                                             NORTHERN DISTRICT

STATE OF NEW HAMPSHIRE

v.

▮▮▮ ▮▮▮▮▮▮▮▮

### SUPPLEMENT TO STATE'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS

NOW COMES the State of New Hampshire, by and through the Hillsborough County Attorney's Office, and files the within Objection to the defendant's Motion to Compel and for Sanctions, stating in support as follows:

1. The defendant, through Counsel, Attorney ▮▮▮ ▮▮▮▮▮ has filed a Motion to Compel and for Sanctions ("Motion"). For the reasons set forth in this Objection, the State objects.

2. On Tuesday, November 11, 2022, Defense Counsel emailed the State rejecting the State's plea offer, and stating the defendant would be requesting trial dates at the upcoming December 6, 2022 Dispositional Hearing. No counteroffer was conveyed.

3. Three days later, on Friday, November 25, 2022, a holiday when the County Attorney's Office was closed, Defense Counsel emailed Counsel for the State requesting body-worn camera.

4. Notably, the Hillsborough Police Department previously shared body-worn camera with Defense in this case via email. Defense Counsel neglected to download the link before it expired, despite the warning that the link was only valid for 10 days.

5. Undersigned Counsel's Legal Assistant emailed the Hillsborough Police Department on Monday, November 28, the first day back after the holiday, asking that the body-worn camera be reshared with the Defense. Attorney ▮▮▮▮▮ was copied on this email.

6. Defense Counsel emailed the Legal Assistant four hours later that he had not received the

body-worn camera.

7. The defendant filed her Motion on Wednesday, November 30, 2022. The Motion came two days after Attorney ▇▇▇ was copied on the State's email to the Hillsborough Police requesting the body-worn be reshared with him.

8. The State objects to the defendant's Motion.

9. N.H. Rule of Crim. P. 12(b)(6) provides that "No motion seeking discovery of any of the materials required to be disclosed … shall be accepted for filing by the clerk of court unless said motion contains a specific recitation of: (A) the particular discovery materials sought by the motion; (B) the efforts which the movant has made to obtain said materials from the opposing party without the need for filing a motion; and (C) the reasons, if any, given by the opposing party for refusing to provide such materials."

10. The defendant's Motion fails to comport with this rule, and violates N.H. Rule of Crim. P. 35(i)(1), requiring that any party filing a motion shall certify to the court that a good faith attempt was made to obtain concurrence in the relief sought. The Motion also runs afoul of N.H. Rule of Crim. P. 35(i)(2), which precludes filers from combining multiple motions seeking separate and distinct relief into a single filing, dictating instead that "Separate motions must be filed."

11. On December 1, 2022, the State received additional pertinent information from the Hillsborough Police Department, attached hereto as "Exhibit A."

12. In summary, Exhibit A demonstrates that Attorney ▇▇▇ was shared the body-worn camera link on two separate occasions, September 29, 2022 and November 28, 2022, respectively, and in fact previously downloaded the body-worn camera, all prior to filing the defendant's Motion to Compel and for Sanctions on November 30, 2022.

13. The Defendant's Motion to Compel and for Sanctions should be denied.

WHEREFORE the State respectfully requests this Honorable Court:

    A. Deny the Defendant's Motion;

    B. Schedule a Hearing, if necessary; and

    C. Grant any such other relief as may be proper and just.

DATED: December 1, 2022            Respectfully Submitted,

                                              /s/ Elena Brander
                                              Elena Brander #266292
                                              Assistant County Attorney

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing pleading has been sent on this day to counsel of record for the defendant via the New Hampshire Electronic Filing System.

                                              /s/ Elena Brander
                                              Elena Brander

# EXHIBIT A

| | |
|---|---|
| **From:** | Mark McSweeney |
| **To:** | Elena Brander; Lisa Whitehead; Court; ▮▮▮▮▮▮▮▮▮▮; Sandy Burrows |
| **Subject:** | RE: BWC REQUEST FOR ▮▮▮ ▮▮▮▮▮▮▮ YOUR # ▮▮▮▮▮ AR |
| **Date:** | Thursday, December 1, 2022 1:12:24 AM |

Some people who received this message don't often get email from mmcsweeney@hillsboropd.com. Learn why this is important

On September 29th, the download link was sent to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.com
On September 30th 8:52am ▮▮▮▮▮ ▮▮▮▮▮ downloaded the body cam video.
On November 28th, a download link was sent to ▮▮▮▮▮ ▮▮▮▮▮ with the link to download the video expiring on December 8th.

I will not be re-sending the link, as it is still valid.

Respectfully Submitted,

SGT. McSweeney


**Sergeant Mark McSweeney**
Patrol Division
**Hillsboro Police Department**
p:(603)464-5512
f:(603) 464-6052
a:22 Municipal Drive
www.hillsboropd.com




**From:** Elena Brander <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Wednesday, November 30, 2022 11:32 PM
**To:** Lisa Whitehead <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Court <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Sandy Burrows <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: BWC REQUEST FOR ▮▮▮ ▮▮▮▮▮▮▮ YOUR # ▮▮▮▮▮ AR

Greetings:

I am writing to follow up on this request. Attorney ▮▮▮▮▮ tells me this BWC has not yet been shared with him. Are you able to please resend it to him at the following address: ▮▮▮▮▮▮▮

