# Case # 216-2022-CR-▮▮▮▮ - State v. ▮▮▮▮▮▮▮▮▮▮▮▮ (▮▮▮▮

## Envelope Information

**Envelope Id**
2699329

**Submitted Date**
12/1/2022 2:44 AM EST

**Submitted User Name**
elena.brander@hcnh.gov

## Case Information

## Filings

**Filing Type**
EFileAndServe

**Filing Code**
Objection

**Filing Description**
Objection

**Filing Status**
Accepted

**Accepted Date**
12/1/2022 8:04 AM EST

### Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| Objection.pdf | Objection | Public | Original File<br>Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Elena Brander | | Yes | 12/1/2022 2:46 AM E |
| Sent | Hillsborough County Attorney's Office | Hillsborough County Attorney's Office | Yes | Not Opened |
| Sent | ▮▮▮▮ | ▮▮▮▮ | Yes | 12/1/2022 6:54 AM E |

## Parties with No eService

**Name**
▮▮▮▮

**Address**
▮▮▮▮

# Fees

**Objection**

| Description | Amount |
| --- | --- |
| Filing Fee | $0.00 |

**Filing Total:** $0.00

Total Filing Fee $0.00

**Envelope Total:** $0.00

*Waiver selected*

**Filing Attorney**     Elena Brander

© 2022 Tyler Technologies
Version: 2022.0.0.9916