**Avicore Reporting - 15 Constitution Drive, Suite 1A, Bedford, NH  03110**

STATE OF NEW HAMPSHIRE

HILLSBOROUGH                                        NORTHERN DISTRICT

```
* * * * * * * * * * * * * * * *
                               *
STATE                          *
                               *
V.                             *     216-2022-CR████████
                               *
████  ██████████               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

<u>HEARING - 12/6/22</u>

<u>Appearances:</u>

For the State:        Elena Brander, Esquire
                      Hillsborough County Attorney's Office
                      300 Chestnut Street
                      Manchester, NH   03101

For the Defendant    ███████████████████████████████
                     ███████████████████████████████
                     ███████████████████████████████

Presiding Justice:  Judge Anderson

1          THE CLERK:  2022-CR-████.  Counsel, please
2   identify yourselves for the record, beginning with
3   the State.
4          MS. BRANDER:  Good morning, Your Honor,
5   Elena Brander for the State.
6          MR. ████████:  Good morning Your Honor.    before
                                                        Your
                                                        Honor.
7   ████████ ████████ on behalf Ms. ████████████, von Webex.
                                        *she appears*
8          THE COURT:  Okay.  Good morning everyone.
9   Ms. ████████████, can you hear us?
10          THE DEFENDANT:  Yes, I can.
11          THE COURT:  Okay.  All right.  Well good
12   morning to you as well.  So we're here for
13   arraignment, bail hearing and dispo on this case.
14   Mr. ████████ have you -- first of all, is there an
15   agreement on bail?
16          MS. BRANDER:  I believe so, Your Honor.  I
17   filed it with ~~the~~ hearing but it's all the same terms
                    *a*
18   as the original bail order.
19          THE COURT:  You filed -- you said you filed
20   it --
21          MS. BRANDER:  I filed it knowing that we
22   would have a hearing, because I didn't have an
23   opportunity to speak with him this morning.

1          THE COURT:  Oh, I see what you mean.

2          MS. BRANDER:  But I presume they'll agree

3    because it's the same terms as the original bail

4    orders.

5          THE COURT:  Okay.  Let's just take a look at

6    that.  Here's the -- yeah, thanks for filing that.

7    Here it is.

8          MS. BRANDER: v Your Honor, it's just personal

9    recognizance and --

You're
welcome,

10          THE COURT:  It's PR and the conditions are

11   no contact with Mr. ████ (ph), the typical firearm,

12   alcohol.  It's not to consume any alcohol or any

13   narcotic drug, be of good behavior, do not return to

14   276 Second New Hampshire Turnpike in Hillsboro.  Any

15   objection to that bail order?

16          MR. ████   No, sir.  I reviewed this

17   morning what was filed by the State and what I need

18   to do -- and this is my fault but I should have filed

19   a waiver of arraignment and I told my client that.

20   So I'll get that filed at some point today, by the

21   close of business.  I'll be in court all day, but

22   I'll get it filed, Your Honor.

23          THE COURT:  Have you gone over the charges

1  and the maximum penalties?

2          MR. ███████: On the new charges, I have

3  not.

4          THE COURT: Okay. All right. Yeah, then

5  you'll need to file a 97. Okay. So let's move on to

6  the dispo. Have you had a chance to talk about a

7  resolution?

8          MS. BRANDER: We did, Your Honor. Before

9  the case got underway, I received, really, I received, an e-mail from

10 Attorney ███████ that under no circumstances would

11 they accept a felony offer, so don't bother making

12 one if that's what the offer is going to be. That is

13 what the State's offer was. I made it in writing.

14         THE COURT: Well I'm glad you made it

15 anyway. So that's good.

16         MS. BRANDER: Thank you, Your Honor. And

17 received an e-mail too that that was rejected.

18         THE COURT: Okay.

19         MS. BRANDER: I was informed that the case

20 would be -- that they would be asking for trial on

21 today's court date and uhm, and that's where we're at. (inaudible).

22         THE COURT: Okay. I think if I'm -- is this

23 a direct indictment?

5

1      MR. ████████ v Hold on.
        *Well*

2      THE COURT:  I'm about to --
                    *That's not exactly where we're at.*
3      MR. ████████ v (Inaudible).

4      THE COURT:  Well I'm about to turn to you in

5   a second but -- no, there is an affidavit in this

6   case.  Okay, go ahead, Mr. ████████ what would you

7   like to add to that discussion?

8      MR. ████████  Well I think what was said to

9   the court needs to put in proper context.  I sent an

10  e-mail out saying that we were not going to be

11  willing to accept a felony resolution given the facts

12  of the case.  They did send a felony offer.  It was a

13  conviction for v arson, 12 months stand-committed, with
                    *an*

14  consecutive suspended State Prison time.  I'm not

15  going to get into all the facts of the case.  But my

16  client has no prior record.  So what I suggested was

17  criminal mediation because in my experience, we're

18  just universes apart on this.  So I thought it would

19  be helpful for both sides to listen to a Judge who's

20  got more experience probably than anybody in this

21  courtroom, to see what his or her opinion about the

22  case is.  Because if I'm way off, I want to hear

23  that.  If I'm wrong about my assessment of the case,

1    I want to hear that.  And I would think the State, if

2    they're way off in their assessment of the case, they

3    would want to hear that.  I suggested criminal

4    mediation as a way to try to move the case along.

5    The State said they were going to object to criminal

6    mediation.  So the State left that out.  In terms of

7    their summary, I'm looking for a criminal mediation,

8    Your Honor.

9              THE COURT:  What's Mr. ███████ view on all

10   of this?

11             MS. BRANDER:  If I could just have one

12   moment, Your Honor.  I apologize.  (Inaudible)
     *just checking my notes [and it does not look like I've?] had any*
13   *direct* communications with him but I would have reached out

14   prior to making an offer.

15             THE COURT:  Well that should be informing
     *your view*
16   (inaudible) to some extent.  I'm not saying it's

17   entirely but that's part of the State's consideration

18   whenever it's engaging in plea discussions; right?
                                            *Just one second, Your*
19             MS. BRANDER:  Yes, Your Honor.  *Honor* Although I
     *that he may also have been charged in connection with this matter,*
20   will say it's possible (inaudible) so I don't think
     *I reached out to him, Your Honor*
21   ~~he~~ ~~reached~~ ~~out~~ ~~to~~ ~~the~~ ~~proper~~.  I think he was possibly

22   also charged in connection with this and (inaudible)
     *I did leave ah him a voice mail and the property*
     *owner a voice mail asking for a*
23   call back for input on this case (inaudible).

                                            *^I may be mistaken but I*
                                            *thought that I saw that*
                                            *someone else was charged*
                                            *in connection with this*
                                            *case. I know that there*
                                            *was a --*

1           MR. FRICANO:  Well that's news to me.

2           THE COURT:  What's news to you?

3           MR. FRICANO:  That somebody else was

4 charged.

5           THE COURT:  She's not sure about that.  I

6 wouldn't --

7           MS. BRANDER:  I'm about to find out in about

8 30 seconds.  So, no, I apologize -- and I don't know

9 if this is a typo.  Okay.  So Daniel Legere (ph) is a

10 defendant with the same report number but it's a

11 Peterborough case number, so I apologize, that's what

12 happened.  (Inaudible) **When I pop** in our agency case file --

13           THE COURT:  So no one has been -- else has

14 been charged?

15           MS. BRANDER:  Not to my knowledge.

16           THE COURT:  Okay.  All right.  So what do

17 you think about criminal mediation?  Sounds to me

18 like that might not be a bad idea.

19           MS. BRANDER:  I would object to it in this

20 case, Your Honor, and I would in the first instance

21 refer the court to Attorney ██████'s recent

22 pleadings and the State's responses to those

23 pleadings.  In the second instance --

1      THE COURT:  Why?  Why would that be helpful

2  for me to look at?

3      MS. BRANDER:  Well, Your Honor, I think

4  (inaudible) **it might inform** the court a lot about Attorney ███████'s

5  disposition and the **way** --

6      THE COURT:  Disposition, what do you mean by

7  that?

8      MS. BRANDER:  As an attorney and the way in

9  which he engages with other attorrneys, and

10  particularly me.  If we were to sit down in a

11  mediation, I don't think it would be worth our while.

12  Putting that side, Your Honor, they haven't made a

13  counteroffer.  So it doesn't make a lot of sense to

14  me that the State should be required to sit down and

15  defend its position when they aren't bringing

16  anything to the table.  And third to that, Your

17  Honor, I object to mediation in this case, in

18  particular especially I want to note for the record

19  that I do believe it violates the separation of

20  powers for the court to order the State in a criminal

21  prosecution into a mediation --

22      THE COURT:  I know you and I had that

23  discussion a little bit.  Did you ever file something

1  formal on that?  I think the last time you and I

2  talked about this, which was a few months ago at

3  least, I said to you, if you want to -- because the

4  rules provide for this.  The rules provide for

5  criminal mediation.  The State does not have to agree

6  to it.  The court can order it regardless.  And I

7  said to you, if you wanted to argue separation of

8  powers, you probably needed to brief that issue and

9  file it.  Have you done such --

10      MS. BRANDER:  So I don't remember having

11  that conversation.  I remember having --

12      THE COURT:  Oh, we had that conversation for

13  sure.

14      MS. BRANDER:  I do remember having that

15  regarding pleas, Your Honor, and the State's ability

16  to decline to make a plea offer.  I know I've had

17  this conversation with other Judges in this court.

18  But the rules actually do not provide for criminal

19  mediation.  I asked -- I specifically asked --

20      THE COURT:  Well I think it's an

21  administrative rule.

22      MS. BRANDER:  I couldn't find it, Your

23  Honor, and neither could Mike Scanlon when I asked

1   him for it.  So and there's federal case law that is

2   very clear that to require a prosecutor in a criminal

3   prosecution to sit down and see if they can't work

4   something out with the defendant is a violation of

5   the separation of powers.

6         THE COURT:  You need to file something along

7   those lines.  I haven't seen it yet.

8         MS. BRANDER:  I can do that, Your Honor.  I

9   haven't been ordered to mediation in this case yet,

10  over our objection.  So I certainly can do that, Your

11  Honor.

12        THE COURT:  Well maybe I'll do that, just so

13  we can tee this issue up.

14        MS. BRANDER:  Your Honor, I'd respectfully

15  ask that it be done in any other case.  Currently, I

16  don't know how closely the court has looked at *and the State's response*

17  Attorney ██████'s most recent pleadings --

18        THE COURT:  I don't know that I have looked

19  at them at all.

20        MS. BRANDER:  So that might change the

21  court's opinion as to whether any discussion of

22  mediation or any litigation that may not be necessary

23  in this case is worth the State's and the Court's

1  resources.

2          THE COURT:  This is -- are you talking about

3  the Motion for Discovery?

4          MS. BRANDER:  Yes, Your Honor.

5          THE COURT:  And the Objection that was

6  filed?

7          MS. BRANDER:  Yes.  And specifically our

8  Exhibit A attachment to that.

9          THE COURT:  And you filed **, which,** the Objection?

10          MS. BRANDER:  Yes, Your Honor.

11          THE COURT:  There is no Exhibit A attached

12  to the Motion.  Maybe you filed it separately.

13          MS. BRANDER:  To the Objection, Your Honor.

14          THE COURT:  Oh, the first Objection.  Okay.

15  There are two Objections.

16          MS. BRANDER:  Yes, Your Honor, there are two

17  Motions --

18          THE COURT:  All right.  I've got Exhibit A.

19  Okay.  I've read the papers.  So Mr. ██████, in this

20  Motion, you say that the link to the -- this is for

21  the body cam; right, has expired and in the State's

22  Objection, they provide an affidavit from police

23  saying the link was good until December 8th.

1    MR. ██████: Correct, sir. So um there's a

2    lot to say here. So um I want to talk about their

3    objection to mediation. I'm not going to let this

4    degenerate into juvenile sniping, um, I reject all of her arguments about the way I supposedly treat her, that's completely not true, I've been involved in (inaudible).

5    THE COURT: Well hold on, Mr. ██████ I

6    understand you object strongly to what Attorney

7    Brander has just said. But before we get there --

8    and I'm not sure it's going to be productive to

9    rehash all those issues right now.

10    MR. ██████: Right, I agree. I agree.

11    THE COURT: The issue with the body cam,

12    according to Sergeant McSweeney (ph) with the

13    Hillsboro Police Department, you had a link that was

14    good until December 8th. Now what's today? Today's

15    the 6th. So it's still good for two more days. Is

16    that true?

17    MR. ██████: So this is what happened, Your

18    Honor. And I'm going to have to go through some

19    procedural history here. On November 25th, I sent an

20    e-mail requesting the link. On November 28th, the

21    State acknowledged that it received that e-mail

22    requesting a link. On November 29th, I e-mailed

23    Hillsboro P.D. asking them to send me the link. On

1  November 30th, I e-mailed and spoke to the supervisor

2  asking for the link.  On November 30th, at 10:35 and

3  11:19 a.m., I e-mailed saying I didn't have the link.

4  On December 2nd, I filed the Motion for Your Honor.

5  I filed a prior Motion before that.  The problem is,

6  Your Honor, I did not receive the link that the State

7  said it sent on November 28th.  Now I'm not blaming

8  anybody for that but the point is, I asked for

9  clarification in multiple e-mails after the link had

10  been sent, telling the State I didn't have it.  So

11  and if you look at Exhibit A, they sent the first

12  link to my e-mail address and then when they said

13  they sent it to me on November 28th, they didn't put *is, Your Honor, I didnt*

14  the e-mail address.  The bottom line *have* is --

15       THE COURT:  Yeah, they did.  I'm looking at

16  an e-mail from Lisa Whitehead (ph) dated November

17  28th, which cc's you at ███████████████ .com.

18       MR. ██████████:  Right.

19       THE COURT:  So they did provide --

20       MR. ██████████:  That doesn't --

21       THE COURT:  Is that your e-mail address?

22       MR. ██████████:  Yes.  But I did not have the

23  link on that e-mail, Your Honor.

1              THE COURT:  Actually you're right.  This one

2    just says (inaudible) reshare the -- that one doesn't

3    actually provide the link, right?

           *Right, so,*

4              MR. ██████ *v* Again, sir, I'm not going to

5    waste everybody's time with this but there are phone

6    calls --

7              THE COURT:  It seems to me, he needs to get

8    a link.

9              MS. BRANDER:  Your Honor, may I respond?

10              MR. ██████  I have it, sir.  I have it.  I

11    have it --

12              THE COURT:  When did you receive it --

           *On, an--*

13              MR. ██████ *v* (Inaudible).

14              THE COURT:  When did you receive the link?

15              MR. ██████  So the morning of December 2nd

16    when I filed my second Motion because at that time I

17    didn't have it.  After I filed my Motion, that day,

18    Attorney Brander had sent me her link for the Share

      *But she had sent, I,*

19    File.*v*  So she had sent me that link -- excuse me --

20    before I filed the Motion but I did not see it until

21    after I filed it.

22              THE COURT:  Okay.

23              MR. ██████  So I have downloaded the body

1    cam video.  It was just a ridiculous process to get

2    it, and I'll leave it at that, Your Honor.  And I'd

3    like to talk ~~about my request for~~ address the issue of mediation, if you

4    want to hear me on that.

5        MS. BRANDER:  Your Honor, may I respond?

6        THE COURT:  Yeah, go ahead.  Ms. Brander

7    wants to respond and then we'll talk about mediation.

8        MR. ███████  Sure.

9        MS. BRANDER:  I think it's important to put

10   all this on the record, because Attorney ██████ is

11   not answering Your Honor's direct and simple

12   questions when you're asking him of ~~that,~~ them, Your Honor.

13       THE COURT:  I understand how the discussions

14   happen.

     Mr. ████ : You know what--

15       MS. BRANDER:  I don't think Your Honor --

16   respectfully, I don't think that Your Honor does, and

17   I would like to tell the court what the history of

18   this case is.

19       THE COURT:  Well, first of all, I disagree

20   with you.  I understand how he's answering my

21   questions and I understand there's been some delay to

22   that.

23       MS. BRANDER:  Okay, Your Honor.  I apologize

1  if I misunderstood the court then.  We sent Attorney

2  ████████  the body camera back in September.  He

3  downloaded it.  He apparently did not save it or he

4  lost it.  I don't know.  I'm not in a position to

5  say.

6           THE COURT:  Okay.  But then --

7           MS. BRANDER:  So, Your Honor, please there's

8  more.  Your Honor, please --

9           THE COURT:  Well go ahead, but --

10          MS. BRANDER:  So he asked us for ˅again on

11 the Friday after Thanksgiving, our office was closed.

12 On the Monday after Thanksgiving, my assistant Lisa

13 Whitehead, sent an e-mail to the Hillsboro Police and

14 copied ████  ████████ and said, will you please reshare

15 this body camera ˅--

16          THE COURT:  Yeah, I saw that.  Okay.

17          MS. BRANDER:  And I have asked Attorney

18 ████████ numerous times, please, when you e-mail the

19 State for discovery, please e-mail me, not my

20 assistant, not the Hillsboro Police.  My assistant

21 doesn't work for him.  And for the record, he's made

22 an assistant in our office cry in the past.  So I

23 have a legitimate reason for making that request.

1    MR. ███████ <span style="color:red">I, you know what, no, no, I'm going to come in and</span> ~~I'm not trying to~~ deal with

2    this, Judge, right now.  I'm not listening to these

3    accusations.  I'm on my way to court right now <span style="color:red">and</span> I'm

4    going to deal with this in person, Your Honor, right

5    now. <span style="color:red">[Judge looks at me and shrugs his shoulders, as if to say 'What do you think, should we table this and wait for him to get here?' I look at the judge and give him a firm 'no' headshake.]</span>

6    THE COURT:  Hold on, Mr. ███████  You

7    started this by telephone.  We're going to continue

8    this now by telephone.

9    MS. BRANDER:  Thank you, Your Honor.

10    MR. ███████  Now she's making accusations

11    that I make people cry.  I'm not listening to this

12    over the phone, sir.  I'm on my way in and I'm going

13    to deal with this in person, sir.  That's not right.

14    THE COURT:  Mr. ███████ just hold on for a

15    second.  We're in the middle of a discussion.  Go

16    ahead.

17    MS. BRANDER:  Thank you, Your Honor.  So and

18    I said to him, per my prior requests, which were also

19    in writing, Your Honor -- and I can produce those to

20    the court if necessary -- please direct your

21    discovery requests to me as counsel for the State.  I

22    immediately start receiving multiple e-mails.  Is

23    that an office policy?  You know, I still don't have

1  the link, two hours -- four hours later -- four hours

2  later.  I still don't have a link.  Attorney ████████ **, you**

**know,**

3  respectfully, I'm not going to harass my assistant

4  and harass the Hillsboro Police, who might have a

5  total police force of six police officers.  And I

6  know this because I once subpoenaed like seven or so

7  police officers, and they respectfully told me that's

8  like our whole police force, can you whittle your

9  list down.  So I'm not going to hound down people's

10  doors because of his mistake.  And I want to be

11  clear, Your Honor, that the -- that two days after

12  this, multiple e-mails, still don't have it.  The

13  next morning, still don't have it.  You know what?

14  You can wait 48 hours before I send a follow-up e-

15  mail to my assistant or the Hillsboro Police.  Has

16  this not gone out?  But he filed a Motion to Compel

17  instead on Monday morning.  We had requested it and

18  copied him on that request on Monday.  He filed a --

19          THE COURT:  Which Monday is this, the 28th,

20  or?

21          MS. BRANDER:  Yes, Your Honor.  He filed a

22  Motion to Compel on the Wednesday morning and for

23  sanctions, which violates the court rules.  He didn't

1    say why we were refusing to give it to him because

2    we're not refusing to give it to him, and he knows

3    that.  He joined it with a Motion for Sanctions so

4    that he didn't have to ask the State's position on

5    the Motion.  He did this in the last case I had with

6    him, Your Honor.  And all of this, because he just

7    can't simply say two days, hey, I haven't gotten it,

8    what's the status.  So for the court's information,

9    we filed our Motion to Compel, I sent an e-mail to

10   the Hillsboro Police and I said, it sounds like

11   Attorney ▮▮▮▮▮ still doesn't have this body camera,

12   can you please resend it to him.  And that's the e-

13   mail response that I got that's filed with the court,

14   in which they say very clearly not only did he

15   receive it in September and downloaded it, but we

16   resent it to him on Monday, Your Honor.  On Monday.

17            THE COURT:  On the 28th.

18            MS. BRANDER:  Two days before --

19            THE COURT:  But that's the one he says he

20   never received.

21            MS. BRANDER:  That's the one he says he

22   never received --

23            THE COURT:  Well, okay.

1          MS. BRANDER:  -- but I want to be clear with

2     the court --

3          THE COURT:  The way you're saying that makes

4     it so clear you don't believe Attorney ████████ on

          **Ms. Brander: Well,**

5     that.**v** And one of the problems that I'm seeing come

6     up frequently in your cases is there's such a level

7     of distrust between you and defense counsel --

8          MS. BRANDER:  Your Honor, respectfully,

9     that's not the case.  That's not the case, Your

10    Honor.

11         THE COURT:  Well, I have seen this happen

12    many times that you're not willing to accept

13    representations by members of the Bar, which

14    generally we accept in this business.

15         MS. BRANDER:  Your Honor, in asking -- in

16    asking for the body camera, again on Monday, we

17    accepted his representation that he did not have

18    access to this body camera.  And, Your Honor --

19         THE COURT:  I know but just now --

20         MS. BRANDER:  -- I want to be clear --

21         THE COURT:  But just know you cast

22    tremendous doubt on that.

23         MS. BRANDER:  Because Your Honor -- because

1  Your Honor, the Axon body camera system that

2  Hillsboro Police uses is the same one that I used in

3  Boston, and that software ~~needs~~ **keeps** an electronic report

4  and record of every time you share body camera and

5  every time it is downloaded.  So where the police are

6  telling me they did it, I would be interested to see

7  and hear and understand why he can't find the body

8  camera he downloaded the first time and why he says

9  that he's not receiving the e-mail that the police

10  sent him.  Your Honor, even after -- even after

11  filing that Motion, his second Motion to Compel came

12  about 24 hours later, in which he's claiming he

13  doesn't have it.  He's not responding to the

14  Hillsboro Police's statement.  It's very clear that

15  they did send it to him.  He's not responding to

16  that.  Even when Your Honor asked him this morning,

17  did you or didn't you receive it, he wanted to talk

18  about mediation.  So what is the status of that link?

19  I bet it's somewhere in his e-mail **box** ˅ --

20          THE COURT:  Well, he has it now, so.

21          MS. BRANDER:  Well, no, Your Honor.  He has

22  a link now because when he filed a second Motion to

23  Compel, which violated all of the same rules that I

1   clearly spelled out in my first Motion he was

2   violating, he filed a second one violating all the

3   same rules with no acknowledgment **that his pleading** ˅(inaudible) does

4   not comport with the rules of the court.  I asked my

5   office manager for assistance, saying, how can we get

6   this to him, and we sent him a link, a third link,

7   Your Honor.  A third link.  He has not withdrawn his

8   Motions to Compel and for Sanctions.  And to be

9   frank, Your Honor, the court is in a position to

10  assess costs for all of this time that we have all

11  wasted, and I will ask the Hillsboro Police for their

12  electronic log.  They have told me that they sent it.

13  They have an electronic log that will guarantee it

14  went to his e-mail.  And he has not withdrawn his

15  Motions.

16          THE COURT:  I don't -- you can do that.  I

17  don't --

18          MS. BRANDER:  And there's something else,

19  Your Honor.

20          THE COURT:  Hold on.  Hold on.  I just don't

21  know that that's going to be productive in this.

22          MS. BRANDER:  Well --

23          THE COURT:  In this dispute.  And the two of

1  you have to -- like other -- and I've had this

2  discussion with you on other cases.  You have to

3  figure out a way to work -- what are you looking for?

4  I'm looking at you and you're looking at the back

5  door.

6          MS. BRANDER:  I just was *curious* -- Your Honor, I

7  was just looking away for a second.  I'm not trying

8  to detract my attention from the court.  I just want

9  to -- I want to note, Your Honor, in the prior case

10  that I had with Attorney ████████ I had an e-mail

11  from a police officer and it was from Attorney

12  ████████ investigator saying, sorry we weren't --

13  sorry we spelled your name wrong and you weren't

14  served, here's a new subpoena.  Attorney ████████ did

15  not know that that e-mail was forwarded to me by that

16  police officer and he came into court and he told the

17  court, Your Honor, I wasn't able to serve the witness

18  but they're here now, we think that the State, me the

19  prosecutor, has something to do with it.  He didn't

20  know I had that e-mail in hand.  All right?  I don't

21  think he knew that the Hillsboro Police Department

22  has a log of every time that this --

23          THE COURT:  Okay.

1    MS. BRANDER:  -- discovery is sent to him.

2  And I said it before Your Honor.  My request for him

3  to ask me for discovery and not my assistant are ~~based in~~

4  legitimate concerns.  And something else that I think

5  is important for the court to note, is Attorney

6  ████████ was recently reprimanded because ~~of~~ his trust

7  account was out of compliance by $15,000.

8    THE COURT: ~~Really,~~ Counsel, I don't think this is

9  really productive to resolve --

10    MS. BRANDER:  I don't think so either, Your

11  Honor.

12    MR. ████████ ~~No, Judge, Judge,~~ No, no, no.  This ~~is done~~ ~~xxxxxxxxxx~~ --

13  this ~~is done~~ ~~xxxxxxxx~~ ~~^no, no, no.~~ -- Judge, I'm going to file a PCC

14  complaint on this. ~~prosecutor~~ Your Honor, I've had enough.  I

15  have had enough of her ~~grandstanding~~ (inaudible) I'm not going to

16  say another word.  May I respond to you, Your Honor?

17    MS. BRANDER:  I would ask the court to look

18  at the pleadings, Your Honor, and to take appropriate

19  action. ~~He has~~ ~~xxxxxxx~~ not withdrawn ~~xxxxxxxxxx~~ ~~them although he's been provided discovery~~ (inaudible)

20  numerous times.

21    THE COURT:  I can tell you this.  I'm going

22  to deny the Motion for Sanctions that was filed by

23  the defendant in this case.

1          MS. BRANDER:  There were two, Your Honor.

2          THE COURT:  I'm going to deny both Motions

3  for Sanctions.

4          MS. BRANDER:  Thank you, Your Honor.

5          THE COURT:  I think you folks need to sit

6  down and -- because --

7          MR. ██████████  No, no, no.  I'm not sitting

8  down with her, Judge.  I'm done with her.  I'm filing

9  a PCC complaint based on what she just did.

10         THE COURT:  But you know what counsel?

11         MR. ██████████   (Inaudible).

12         THE COURT:  You could do that, counsel, and

13  you have the right to do so and I'm not going to say

14  one -- I'm not going to say anything about whether

15  you should or shouldn't do that.  I will say this

16  though.  Both of you are representing interests that

17  are not yourself.  You represent the State.  And Mr.

18  ██████████  you represent your client.  And because the

19  two of you are working so poorly with each other --

20  and I'm not saying you each don't have some

21  grievances against the other and I'm not going to

22  sort of weigh whose grievances have more merit than

23  the other but I will say that neither of your

1  respective clients, the State on your part, or the

2  defendant, are being served.

3         MS. BRANDER:  Your Honor, I would

4  respectfully ask the court what is exactly the State

5  is alleged to have done wrong?

6         THE COURT:  What --

7         MS. BRANDER:  There's something else, Your

8  Honor.

9         THE COURT:  Can you let me answer your

10  question?

11         MS. BRANDER:  Yes, Your Honor.  I do think

12  there's one important other piece of this puzzle that

13  the court needs to know, which is that after Attorney

14  ██████████ was confronted with the Hillsboro Police

15  Department by my filing it with the court, the e-mail

16  from the Hillsboro Police, that saying he's been provided it

17  multiple times, including on Monday before he filed a

18  Motion to Compel.  And then he told me again that he

19  didn't receive it, I asked that a hard copy be put in

20  the mail to him, Your Honor.  And his second Motion

21  to Compel was filed the very following day, asking

22  for a hard copy in which I told him, Attorney

23  ██████████ I asked if this that was done yesterday.  Again,

1  your Motion to Compel does not say why we're

2  objecting -- we don't object to that.  In fact, I

3  asked that it be done yesterday.  This is the way in

   getting what he wants

4  which he approaches cases when he's not ⌄(inaudible).

5      THE COURT:  What you are doing wrong is

6  making this so personal.

7      MS. BRANDER:  Your Honor --

8      THE COURT:  And you're making this into a

9  personal vendetta between yourself and --

10     MS. BRANDER:  I have no vendettas.

11     THE COURT:  Can you stop interrupting me,

12  please?

13     MR. ███████  It's what she does --

14     THE COURT:  You're not letting me speak in

15  response.  What are you doing is making this a

16  personal issue between yourself and counsel, and

17  that's not helpful to the State, it's not helpful to

18  defendants, putting aside who defense counsel is, and

19  it's not helpful to the court.  You're asking me,

20  what have you done wrong.  That's what you're doing

21  wrong, counsel.  You're turning this into a personal

22  grievance.  So we are here for a dispo.  We're going

23  to --

It's personal when someone files a motion to comp---

1    MS. BRANDER:  ~~Personal~~--

2        THE COURT:  Counsel, I've heard you.  I've

3    heard you.  I've given you extensive time to explain

4    your position.  I'm not disagreeing with you on

5    everything you're saying.  It sounds to me like Mr.

6    ███████ has not always been on top of the facts here

7    and maybe he received that e-mail on the 28ᵗʰ or that

8    link on the 28ᵗʰ, which you say he didn't.  I don't

9    know what the right answer is about that.  But I

10   can't rule on that.  I'm not going to ever rule on

11   that issue.  But it is clear to me that we have to

12   figure out a way to litigate this case, unless one of

13   you is getting off the case.  So we can't just become

14   mired in all of these disputes and all these personal

15   attacks that are being made by both of you on each

16   other.

17       MS. BRANDER:  Your Honor, there's --

18       THE COURT:  We have to litigate this case.

19       MS. BRANDER:  Your Honor, there is one last

20   thing.  In his first Motion to Compel, he noted he

21   spoke with ~~the~~ a supervisor.  I asked my supervisor,

22   did you happen to speak with ███  █████████.  He said

23   yes.  He said it was to complain about my offer.  He

1  said it had nothing to do with the body camera video,

2  Your Honor.  That was not true.

3          MR. ██████    Not true.  Not true.  Not

4  true.

5          THE COURT:  All right.  I don't have the

6  supervisor here so --

7          MS. BRANDER:  I asked him on December 2nd.

8          THE COURT:  Mr. ██████ we're going to move

9  on to what we're here for, which is the dispo.  Okay?

                        Sir

10          MR. ██████ ~~So~~ can I just -- she had all

11  this time.  Can I just respond to this?  I'm not

12  going to attack her.  I agree this is not productive,

13  but I have to defend my integrity on the record.  Can

14  you give me just a minute to do that?

15          THE COURT:  I will give you a minute to do

16  just that.

17          MR. ██████    Thank you.  So in regard to

18  the e-mail issue, I replied all to her legal

19  secretary, because that's the e-mail chain that she

20  started.  I've had correspondence from other legal

21  secretaries in that office.  I have never been

22  informed by anybody that I made anybody upset.

23  That's the first thing --

   Ms. Brander: He was made to apologize by the judge.

1       MR. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2       THE COURT:  Stop interrupting.

3       MR. ████████    Can I --

4       THE COURT:  Stop interrupting.

5       MR. ████████    I want that noted.  I'm going

6   to get an audio copy of this hearing, obviously.  The

7   second thing, Your Honor, in terms of the temperature

8   between counsel and I, it's hostile, it is not

9   productive.  I've explained this to my client.  I

10  sent her an e-mail trying to lower the temperature of

11  this case.  I know we've had problems working

12  together.  It is what it is.  I agree with the court,

13  we've got to litigate the case.  That's in my second

14  Motion.  The second Motion to Compel that I filed, as I

15  just said, I did not see the e-mail sharing the link

16  with me until after I had filed it.  In prior XXXXXXXXXXXXXXXXXXXX

17  e-mail to counsel, I said, I'm going to file a Motion

18  on this date if you can't respond to me why it's

19  taking so long to get me the link.  Prior to getting

20  the link, I've been receiving reciprocal discovery

21  from the State, police reports, photographs.  So I

22  ask, can somebody explain to me why I haven't gotten

23  a link.  I didn't hear any response.  The problem is,

1  Your Honor, if I had gotten a response saying that the link

2  had been sent or if I had seen the link, Exhibit A,

3  obviously I wouldn't have filed it.  I actually checked

4  my scanned spam e-mail this morning to see if I had gotten

5  something from the Hillsboro P.D.  I didn't have

6  anything, sir.  I'm not here to make trouble.  I've

7  been in private practice for 12 years.  I've served

8  in the Marine Corps.  I've been a police officer, I'm a

9  prosecutor.  I've been doing this for over 20 years.

10  So if someone wants to shoot my integrity by

11  referencing some trust issue, wait until I'm there in

12  court, look me in the eyes and do it.  Because I'll

13  tell you just to finish this thought, Your Honor, before I get too heated, I self-reported that issue to the Bar.

14  So if you want to make accusations about integrity (inaudible)

15  read the whole thing.  And that's all I have sir.

16          THE COURT:  All right.  So we're now going

17  to --

18          MS. BRANDER:  Your Honor -

19          THE COURT:  No, we're done.  We're done on

20  the issue.  I've given you ample time to lay out your

21  position on this.  So we're going to schedule trial.

22  Jury selection is going to be on May 22nd --

23          MS. BRANDER:  Your Honor --

1        THE COURT:  No.  Counsel I'm not going to --

2  we're not going to go back into this.

3        MS. BRANDER:  I just wonder if the court is

4  aware of which ᵗʰᵉ✓circumstances under which Attorney

5  ██████████ left the Hillsborough County Attorney's

6  Office.

7        THE COURT:  No, we're not -- we're not going

8  to get into that.

9        MR. ██████████  Oh please.

10        THE COURT:  We're not -- this is -- this is

11  the mistake you keep making, which is you keep making

12  personal attacks.  Enough.  Enough.  Ms. Brander, I'm

13  going to hold you in contempt if you don't stop going

14  down this path.  Are we clear?

15        MS. BRANDER:  Yes, Your Honor.

16        THE COURT:  Okay.  So the trial's going to

17  be on -- jury selection will be May 22nd.  The final

18  pretrial will be May 11th.  How many days do you need

19  to try this case?  I want a number only.

20        MS. BRANDER:  I would say two days, Your

21  Honor.

22        THE COURT:  Two?  Do you agree with that Mr.

23  ██████████

1         MS. BRANDER:  Two to three to be safest.

2         THE COURT:  Two to three.  We'll put that

3   down.

4         MR. ███████    Three to four, Your Honor.

5   Three to four.

6         THE COURT:  How many -- any motions you know

7   you're going to file at this point, Mr. Fricano?

8         MR. ███████ v (Inaudible) ~~talking~~ allegedly

Richards motion for one of the complaining witnesses

9   assaulting my client.

10        THE COURT:  How soon can you file a Richards

11  Motion?

12        MR. ███████    Whenever you tell me, sir.

13        THE COURT:  How about January 3rd?

14        MR. ███████    Thank you.

15        THE COURT:  Anything else?

16        MR. ███████    I just want to know if you're ordering

17  ~~want to~~ criminal mediation or not, sir.  I still

18  think that's a v(inaudible).

fruitful

19        THE COURT:  I am going to order criminal

20  mediation.  And this is the reason why.  Whatever the

21  merit there is to the grievances you have, it's clear

22  to me that the grievances between counsel are

23  interfering with both of your abilities to do your

1  jobs in this.  And that is one reason why criminal

2  mediation may be helpful in this case.

3      MS. BRANDER:  I'll file a motion, Your

4  Honor, **and I object.** v(inaudible).

5      THE COURT:  You can file a motion saying I

6  don't have the authority to order it.  I'm happy to

7  look at that.  I'll just say criminal mediation to be

8  scheduled by the Clerk's Office.  Give me --

9      THE CLERK:  (Inaudible).

10      THE COURT:  No, let's put it out -- the

11  trial's not till May.  Let's do early February, so

12  give counsel time to file her motion.

13      THE CLERK:  January 27th at 11 a.m.

14      THE COURT:  Okay.  So January 27th, 2023 at

15  11 a.m. that you got to file your motion. **as soon as you can,** v So there's

16  time to rule on that one.  Anything else from either

17  of you today that's on the case and about the dispo?

18      MS. BRANDER:  Your Honor, I would ask the

19  court --

20      MR. ███████  I have no more to say.

21      MS. BRANDER:  -- to look at the pleadings

22  prior to the court ruling on it because it was

23  apparent that the court had not done so prior to

1  today's hearing despite there being four pleadings,

2  Your Honor, and I would ask that the court --

3        THE COURT:  It was not a hearing -- look,

4  now you're sort of casting aspersions at me and --

5        MS. BRANDER:  That's all ~~what~~ I ask Your Honor.

6        THE COURT:  This is not -- this is not on

7  for a hearing on those motions.  I've got so many

8  motions at this point that are due in a variety of

9  cases.  You're right, I had not looked at these

10  motions before this dispo.  This is a dispo.  It's

11  not a motion hearing on for today.  These motions

12  were not scheduled to be heard today.  I will look at

13  these motions.  But I can tell you, I'm not going to

14  award sanctions against anyone at this point --

15        MS. BRANDER:  Thank you, Your Honor.

16        THE COURT:  -- in this case.  If for no

17  other reason, it's clear to me that there's just a

18  horrible working dynamic between the two of you that

19  you both need to work on.  I will say this.  I do

20  wonder if it makes sense for you both to stay on this

21  case, given the level of acrimony between the two of

22  you.  It's not really the role of the court to get

23  involved in that on either side of this.  But I just

1  wonder -- I just wonder if it's in the best interests

2  of everyone.  That's all I'm going to say.  All

3  right.  This matter is adjourned --

4          MS. BRANDER:  Well Your Honor -- is the

5  court asking the State to withdraw from the case?

6          THE COURT:  No, I'm not asking anyone to

7  withdraw.  I'm just --

                Mr. ███████: Oh, for God's sakes!

8  xxxxMSxxxBRANDERxxxxxWellxx(inaudible)xxxx

9          THE COURT:  I'm just asking the question of

10  whether it makes sense for both of you to stay on

11  this case given the level of acrimony.  That's all

12  I'm asking.

13          MS. BRANDER:  Your Honor, respectfully, I

14  want to note for the record that I hold no personal

15  grudges toward Attorney ████████   However, his

16  repeated attacks via motions for sanctions --

                        Oh, my God.

17          MR. ████████   (Inaudible).

                        The State will defend itself,

18          MS. BRANDER: v.-- (inaudible) Your Honor.

                        OK,

19          THE COURT: v This matter is adjourned.

20          MS. BRANDER:  Thank you.

21  (End)

22

23

CERTIFICATE

I, Lisa Caron, a court—approved transcriptionist, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceeding in the above—entitled matter to the best of my professional skill and ability .

Lisa Caron
Avicore Reporting

**$**

**$15,000** [1] 24:7

**0**

**03060** [1] 1:21
**03101** [1] 1:17

**1**

**10:35** [1] 13:2
**11:19** [1] 13:3
**11th** [1] 32:18
**12/6/22** [1] 1:12

**2**

**2022-cr** ███ [1] 2:1
**2023** [1] 34:14
**216-2022-cr** ███ [1] 1:7
**22nd** [2] 31:22 32:17
**24** [1] 21:12
**25th** [1] 12:19
**276** [1] 3:14
**27th** [2] 34:13,14
**28th** [8] 12:20 13:7,13,17 18: 19 19:17 28:7,8
**29th** [1] 12:22
**2nd** [3] 13:4 14:15 29:7

**3**

**30** [1] 7:8
**300** [1] 1:16
**30th** [2] 13:1,2
**3rd** [1] 33:13

**4**

**48** [1] 18:14
**4e2** [1] 1:20

**5**

**54** [1] 1:20

**6**

**6th** [1] 12:15

**8**

**8th** [2] 11:23 12:14

**9**

**97** [1] 4:5

**A**

**a.m** [3] 13:3 34:13,15
**abilities** [1] 33:23
**ability** [1] 9:15
**able** [1] 23:17
**accept** [4] 4:11 5:11 20:12,14
**accepted** [1] 20:17
**access** [1] 20:18
**according** [1] 12:12
**account** [1] 24:7
**accusations** [3] 17:3,10 31: 14
**acknowledged** [1] 12:21
**acknowledgment** [1] 22:3
**acrimony** [2] 35:21 36:11
**action** [1] 24:19
**actually** [4] 9:18 14:1,3 31:3
**add** [1] 5:7
**address** [3] 13:12,14,21
**adjourned** [2] 36:3,19
**administrative** [1] 9:21
**affidavit** [1] 5:5 11:22
**agency** [1] 7:12
**ago** [1] 9:2

**agree** [7] 3:2 9:5 12:10,10 29: 12 30:12 32:22
**agreement** [1] 2:15
**ahead** [4] 5:6 15:6 16:9 17:16
**alcohol** [2] 3:12,12
**alleged** [1] 26:5
**alleging** [1] 33:8
**although** [1] 6:19
**ample** [1] 31:20
**anderson** [1] 1:22
**another** [1] 24:16
**answer** [2] 26:9 28:9
**answering** [2] 15:11,20
**anybody** [4] 5:20 13:8 29:22, 22
**anyway** [1] 4:15
**apart** [1] 5:18
**apologize** [4] 6:12 7:8,11 15: 23
**apparent** [1] 34:23
**apparently** [1] 16:3
**appearances** [1] 1:13
**approaches** [1] 27:4
**appropriate** [1] 24:18
**aren't** [1] 8:15
**argue** [1] 9:7
**arraignment** [2] 2:13 3:19
**arson** [1] 5:13
**aside** [1] 27:18
**aspersions** [1] 35:4
**assaulting** [1] 33:9
**assess** [1] 22:10
**assessment** [2] 5:23 6:2
**assistance** [1] 22:5
**assistant** [7] 16:12,20,20,22 18:3,15 24:3
**attached** [1] 11:11
**attachment** [1] 11:8
**attack** [1] 29:12
**attacks** [3] 28:15 32:12 36:16
**attention** [1] 23:8
**attorney** [21] 4:10 7:21 8:4,8 10:17 12:6 14:18 15:10 16:1, 17 18:2 19:11 20:4 23:10,11, 14 24:5 26:13,22 32:4 34:15
**attorney's** [2] 1:15 32:5
**attorneys** [1] 8:9
**audio** [1] 30:6
**authority** [1] 34:6
**award** [1] 35:14
**aware** [1] 32:4
**away** [1] 23:7
**axon** [1] 21:1

**B**

**back** [4] 6:23 16:2 23:4 32:2
**bad** [1] 7:18
**bail** [5] 2:13,15,18 3:3,15
**bar** [2] 20:13 31:13
**based** [1] 25:9
**become** [1] 28:13
**beginning** [1] 2:2
**behalf** [1] 2:7
**behavior** [1] 3:13
**believe** [3] 2:16 8:19 20:4
**best** [1] 36:1
**bet** [1] 21:19
**between** [7] 20:7 27:9,16 30: 8 33:22 35:18,21
**bit** [1] 8:23

**blaming** [1] 13:7
**body** [12] 11:21 12:11 14:23 16:2,15 19:11 20:16,18 21:1, 4,7 29:1
**boston** [1] 21:3
**both** [8] 5:19 25:2,16 28:15 33:23 35:19,20 36:10
**bother** [1] 4:11
**bottom** [1] 13:14
**brander** [85] 1:14 2:4,5,16,21 3:2,8 4:8,16,19 6:11,19 7:7, 15,19 8:3,8 9:10,14,20 10:8, 14,20 11:4,7,10,13,16 12:7 14:9,18 15:6,9,19,15,23 16:7, 10,17 17:9,17 18:21 19:18, 21 20:1,8,15,20,23 21:17,19 22:18,22 23:6 24:1,10,17 25:1,4 26:3,7,11 27:7,10 28:1,17,19 29:7 30:1 31:18,23 32:3,12, 15,20 33:1 34:3,18,21 35:5, 15 36:4,8,13,18,20
**brief** [1] 9:8
**bringing** [1] 8:15
**business** [2] 3:21 20:14

**C**

**call** [1] 6:23
**calls** [1] 14:6
**cam** [3] 11:21 12:11 15:1
**came** [2] 21:11 23:16
**camera** [9] 16:2,15 19:11 20: 16,18 21:1,4,8 29:1
**can't** [6] 10:3 19:7 21:7 28:10,13 30:18
**case** [37] 2:13 4:9,19 5:6,12, 15,22,23 6:2,4,23 7:11,12,20 8:17 10:1,9,15,23 15:18 19:5 20:9,9 23:9 24:23 28:12,13, 18 30:11,13 32:19 34:2,17 35:16,21 36:5,11
**cases** [4] 20:6 23:2 27:4 35:9
**cast** [1] 20:21
**casting** [1] 35:4
**cc's** [1] 13:17
**certainly** [1] 10:5
**chain** [1] 29:19
**chance** [1] 4:6
**change** [1] 10:20
**charged** [2] 6:22 7:4,14
**charges** [1] 3:23 4:2
**chestnut** [1] 1:16
**circumstances** [2] 4:10 32:4
**claiming** [1] 21:12
**clarification** [1] 13:9
**clear** [10] 10:2 18:11 20:1,4, 20 21:14 28:11 32:14 33:21 35:17
**clearly** [2] 19:14 22:1
**clerk** [3] 2:1 34:9,13
**clerk's** [1] 34:8
**client** [5] 3:19 5:16 25:18 30: 9 33:9
**clients** [1] 26:1
**close** [1] 3:21
**closed** [1] 16:11
**closely** [1] 10:16
**come** [1] 20:5
**communications** [1] 6:13
**compel** [11] 18:16,22 19:9 21: 11,23 22:8 26:18,21 27:1 28: 

20 30:14
**complain** [1] 28:23
**complaint** [2] 24:14 25:9
**compliance** [1] 24:7
**comport** [1] 22:4
**concerns** [1] 24:4
**conditions** [1] 3:10
**confronted** [1] 26:14
**connection** [1] 6:22
**consecutive** [1] 5:14
**consideration** [1] 6:17
**consume** [1] 3:12
**contact** [1] 3:11
**contempt** [1] 32:13
**context** [1] 5:9
**continue** [1] 17:7
**conversation** [3] 9:11,12,17
**conviction** [1] 5:13
**copied** [2] 16:14 18:18
**copy** [3] 26:19,22 30:6
**corps** [1] 31:8
**correct** [1] 12:1
**correspondence** [1] 29:20
**costs** [1] 22:10
**couldn't** [1] 9:22
**counsel** [15] 2:1 17:21 20:7 24:8 25:10,12 27:16,18,21 28:2 30:8,17 32:1 33:22 34: 12
**counteroffer** [1] 8:13
**county** [1] 1:15 32:5
**court's** [3] 10:21,23 19:8
**courtroom** [1] 5:21
**criminal** [13] 5:17 6:3,5,7 7: 17 8:20 9:5,18 10:2 33:17,19 34:1,7
**cry** [2] 16:22 17:11
**currently** [1] 10:15

**D**

**daniel** [1] 7:9
**date** [2] 4:21 30:18
**dated** [1] 13:16
**day** [3] 3:21 14:17 26:21
**days** [6] 12:15 18:11 19:7,18 32:18,20
**deal** [3] 17:1,4,13
**december** [5] 11:23 12:14 13: 4 14:15 29:7
**decline** [1] 9:16
**defend** [2] 8:15 29:13
**defendant** [6] 1:18 2:10 7:10 10:4 24:23 26:2
**defendants** [1] 27:18
**defense** [2] 20:7 27:18
**delay** [1] 15:21
**deny** [2] 24:22 25:2
**department** [3] 12:13 23:21 26:15
**despite** [1] 35:1
**detract** [1] 23:8
**didn't** [13] 2:22 13:3,10, 13 14:17 18:23 19:4 21:17 23:19 26:19 28:8 30:23 31:5
**direct** [3] 4:23 15:11 17:20
**disagree** [1] 15:19
**disagreeing** [1] 28:4
**discovery** [6] 11:3 16:19 17: 21 24:1,3 30:20
**discussion** [5] 5:7 8:23 10:21

**17:**15 **23:**2

**discussions** [2] **6:**18 **15:**13
**dispo** [7] **2:**13 **4:**6 **27:**22 **29:**9 **34:**17 **35:**10,10
**disposition** [2] **8:**5,6
**dispute** [1] **22:**23
**disputes** [1] **28:**14
**district** [1] **1:**2
**distrust** [1] **20:**7
**doesnâ€™t** [6] **8:**13 **13:**20 **14:**2 **16:**21 **19:**11 **21:**13
**doing** [4] **27:**5,15,20 **31:**9
**donâ€™t** [15] **4:**11 **6:**20 **17:**23 **18:**2,12,13 **20:**4 **22:**16,17,20 **25:**20 **27:**2 **29:**5 **32:**13 **34:**6
**done** [10] **9:**9 **10:**15 **25:**8 **26:**5,23 **27:**3,20 **31:**19,19 **34:**23
**door** [1] **23:**5
**doors** [1] **18:**10
**doubt** [1] **20:**22
**down** [9] **8:**10,14 **10:**3 **18:**9,9 **25:**6,8 **32:**14 **33:**3
**downloaded** [5] **14:**23 **16:**3 **19:**15 **21:**5,8
**drug** [1] **3:**13
**due** [1] **35:**8
**dynamic** [1] **35:**18

**E**

**e-12** [1] **19:**12
**e-14** [1] **18:**14
**each** [3] **25:**19,20 **28:**15
**early** [1] **34:**11
**eisler** [1] **3:**11
**eislerâ€™s** [1] **6:**9
**either** [3] **24:**10 **34:**16 **35:**23
**electronic** [3] **21:**3 **22:**12,13
**elena** [2] **1:**14 **2:**5
**e-mail** [28] **4:**9,17 **5:**10 **12:**20,21 **13:**12,14,16,21,23 **16:**13,18,19 **19:**9 **21:**9,19 **22:**14 **23:**10,15,20 **26:**15 **28:**7 **29:**18,19 **30:**10,15,17 **31:**4
**e-mailed** [3] **12:**22 **13:**1,3
**e-mails** [3] **13:**9 **17:**22 **18:**12
**end** [1] **36:**21
**engages** [1] **8:**9
**engaging** [1] **6:**18
**enough** [4] **24:**14,15 **32:**12,12
**entirely** [1] **6:**17
**especially** [1] **8:**18
**esquire** [2] **1:**14,18
**even** [3] **21:**10,10,16
**everybodyâ€™s** [1] **14:**5
**everyone** [2] **2:**8 **36:**2
**everything** [1] **28:**5
**exactly** [1] **26:**4
**excuse** [1] **14:**19 **30:**1
**exhibit** [5] **11:**8,11,18 **13:**11 **31:**2
**experience** [2] **5:**17,20
**expired** [1] **11:**21
**explain** [2] **28:**3 **30:**22
**explained** [1] **30:**9
**extensive** [1] **28:**3
**extent** [1] **6:**16
**eyes** [1] **31:**12

**F**

**fact** [1] **27:**2
**facts** [3] **5:**11,15 **28:**6
**fault** [1] **3:**18
**february** [1] **34:**11
**federal** [1] **10:**1
**felony** [3] **4:**11 **5:**11,12
**few** [1] **9:**2
**figure** [2] **23:**3 **28:**12
**file** [14] **4:**5 **7:**12 **8:**23 **9:**9 **10:**6 **14:**19 **24:**13 **30:**17 **33:**7,10 **34:**3,5,12,15
**filed** [30] **2:**17,19,19,21 **3:**17,18,20,22 **11:**6,9,12 **13:**4,5 **14:**16,17,20,21 **18:**16,18,21 **19:**9,13 **21:**22 **22:**2 **24:**22 **26:**17,21 **30:**14,16 **31:**3
**filing** [4] **3:**6 **21:**11 **25:**8 **26:**15
**final** [1] **32:**17
**find** [3] **7:**7 **9:**22 **21:**7
**firearm** [1] **3:**11
**first** [9] **2:**14 **7:**20 **11:**14 **13:**11 **15:**19 **21:**8 **22:**1 **28:**20 **29:**23
**folks** [1] **25:**5
**following** [1] **26:**21
**follow-up** [1] **18:**14
**force** [2] **18:**5,8
**formal** [1] **9:**1
**forwarded** [1] **23:**15
**four** [5] **18:**1,1 **33:**4,5 **35:**1
**frank** [1] **22:**9
**frequently** [1] **20:**6
████████ [69] **1:**18,19 **2:**6,7,14 **3:**16 **4:**2,10 **5:**1,3,6,8 **7:**1,3 **11:**19 **12:**1,5,10,17 **13:**18,20,22 **14:**4,10,13,15,23 **15:**8,10 **16:**2,14,18 **17:**1,6,10,14 **18:**2 **19:**11 **20:**4 **23:**10,14 **24:**6,12 **25:**7,11,18 **26:**14,23 **27:**13 **28:**6,22 **29:**3,8,10,17 **30:**3,5 **32:**5,9,23 **33:**4,7,8,12,14,16 **34:**20 **36:**15,17
████████ [4] **7:**21 **8:**4 **10:**17 **23:**12
**friday** [1] **16:**11

**G**

████████ [3] **1:**9 **2:**7,9
**generally** [1] **20:**14
**getting** [2] **28:**13 **30:**19
**give** [6] **19:**1,2 **29:**14,15 **34:**8,12
**given** [5] **5:**11 **28:**3 **31:**20 **35:**21 **36:**11
**glad** [1] **4:**14
**got** [8] **4:**9 **5:**20 **11:**18 **19:**13 **30:**13 **31:**1 **34:**15 **35:**7
**gotten** [3] **19:**7 **30:**22 **31:**4
**grievance** [1] **27:**22
**grievances** [4] **25:**21,22 **33:**21,22
**grudges** [1] **36:**15
**guarantee** [1] **22:**13

**H**

**hampshire** [2] **1:**1 **3:**14
**hand** [1] **23:**20
**happen** [3] **15:**14 **20:**11 **28:**22
**happened** [2] **7:**12 **12:**17
**happy** [1] **34:**6
**harass** [2] **18:**3,4

**hard** [2] **26:**19,22
**havenâ€™t** [5] **8:**12 **10:**7,9 **19:**7 **30:**22
**heâ€™s** [8] **15:**20 **16:**21 **21:**9,12,13,15 **26:**16 **27:**4
**hear** [7] **2:**9 **5:**22 **6:**1,3 **15:**4 **21:**7 **30:**23
**heard** [3] **28:**2,3 **35:**12
**hearing** [9] **1:**12 **2:**13,17,22 **30:**6 **35:**1,3,7,11
**heeds** [1] **21:**3
**helpful** [6] **5:**19 **8:**1 **27:**17,17,19 **34:**22
**hereâ€™s** [2] **3:**6 **23:**14
**hillsboro** [15] **3:**14 **12:**13,23 **16:**13,20 **18:**4,15 **19:**10 **21:**2,14 **22:**11 **23:**21 **26:**14,16 **31:**5
**hillsborough** [3] **1:**2,15 **32:**5
**history** [2] **12:**19 **15:**17
**hold** [8] **5:**1 **12:**5 **17:**6,14 **22:**20,20 **32:**13 **36:**14
**honor** [89] **2:**4,6,16 **3:**8,22 **4:**8,16 **6:**8,12,19 **7:**20 **8:**3,12,17 **9:**15,23 **10:**8,11,14 **11:**4,10,13,16 **12:**18 **13:**4,6,23 **14:**9 **15:**2,5,12,15,16,23 **16:**7,8 **17:**4,9,17,19 **18:**11,21 **19:**6,16 **20:**8,10,15,18,23 **21:**1,10,16,21 **22:**7,9,19 **23:**6,9,17 **24:**2,11,14,16,18 **25:**1,4 **26:**3,8,11,20 **27:**7 **28:**17,19 **29:**2 **30:**7 **31:**1,18,23 **32:**15,21 **33:**4 **34:**4,18 **35:**2,5,15 **36:**4,13,18
**honorâ€™s** [1] **15:**11
**horrible** [1] **35:**18
**hostile** [1] **30:**8
**hound** [1] **18:**9
**hours** [5] **18:**1,1,1,14 **21:**12
**however** [1] **36:**15

**I**

**iâ€™d** [2] **10:**14 **15:**2
**iâ€™ll** [3] **3:**20,21,22 **10:**12 **15:**2 **31:**12 **34:**3,7
**iâ€™m** [56] **4:**14,22 **5:**2,4,14,22,23 **6:**7,16 **7:**7 **12:**3,8,18 **13:**7,15 **14:**4 **16:**4 **17:**1,2,3,3,11,12,12 **18:**3,9 **20:**5 **23:**4,7 **24:**13,15,21 **25:**2,7,8,8,13,14,20,21 **28:**4,10 **29:**11 **30:**5,17 **31:**6,11 **32:**1,12 **34:**6 **35:**13 **36:**2,6,7,9,10
**iâ€™ve** [17] **9:**16 **11:**18,19 **23:**1 **24:**14 **28:**2,2,3 **29:**20 **30:**9,20 **31:**6,7,8,9,20 **35:**7
**idea** [1] **7:**18
**identify** [1] **2:**2
**immediately** [1] **17:**22
**important** [3] **15:**9 **24:**5 **26:**12
**inaudible** [26] **4:**21 **5:**9,12,16,20,22,23 **7:**12 **8:**4 **12:**4 **14:**2,13 **22:**3 **24:**15,19 **25:**11 **27:**4 **31:**13,14 **33:**8,18 **34:**4,9 **36:**8,17,18
**including** [1] **26:**17
**indictment** [1] **4:**23
**information** [1] **19:**8
**informed** [2] **4:**19 **29:**22
**informing** [1] **6:**15

**input** [1] **6:**23
**instance** [2] **7:**20,23
**instead** [1] **18:**17
**integrity** [2] **29:**13 **31:**10
**interested** [1] **21:**6
**interests** [2] **25:**16 **36:**1
**interfering** [1] **33:**23
**interrupting** [3] **7:**11 **30:**2,4
**investigator** [1] **23:**12
**involved** [1] **35:**23
**issue** [9] **9:**8 **10:**13 **12:**11 **27:**16 **28:**11 **29:**18 **31:**11,13,20
**issues** [1] **12:**9
**itâ€™s** [25] **2:**17 **3:**3,8,10,12 **6:**16,18,20 **7:**10 **9:**20 **12:**8,15 **15:**9 **21:**14,19 **27:**12,17,19 **30:**8,18 **33:**21 **35:**10,17,22 **36:**1

**J**

**january** [3] **33:**13 **34:**13,14
████████**.com** [1] **13:**17
**jobs** [1] **34:**1
████████ [2] **16:**14 **28:**22
**joined** [1] **19:**3
████████ [2] **1:**18 **2:**7
**judge** [5] **1:**22 **5:**19 **17:**2 **24:**13 **25:**8
**judges** [1] **9:**17
**jury** [2] **31:**22 **32:**17
**justice** [1] **1:**22

**K**

**keep** [2] **32:**11,11
**knowing** [1] **2:**21
**knowledge** [1] **7:**15
**knows** [1] **19:**2

**L**

**last** [3] **9:**1 **19:**5 **28:**19
**later** [3] **18:**1,2 **21:**12
**law** [1] **10:**1
**lay** [1] **31:**20
**least** [1] **9:**3
**leave** [1] **15:**2
**left** [2] **6:**6 **32:**5
**legal** [2] **29:**18,20
**legere** [1] **7:**9
**legitimate** [2] **16:**23 **24:**4
**letâ€™s** [4] **3:**5 **4:**5 **34:**10,11
**letting** [1] **27:**14
**level** [3] **20:**6 **35:**21 **36:**11
**line** [1] **13:**14
**lines** [1] **10:**7
**link** [31] **11:**20,23 **12:**13,20,22,23 **13:**2,3,6,9,12,23 **14:**3,8,14,18,19 **18:**1,2,21 **22:**6,6,7 **28:**8 **30:**15,19,20,23 **31:**1,2
**lisa** [2] **13:**16 **16:**12
**list** [1] **18:**9
**listen** [1] **5:**19
**listening** [2] **17:**2,11
**litigate** [3] **28:**12,18 **30:**13
**litigation** [1] **10:**22
**little** [1] **8:**23
**log** [3] **22:**12,13 **23:**22
**long** [1] **30:**19
**look** [9] **3:**5 **8:**2 **13:**11 **24:**17 **31:**12 **34:**7,21 **35:**3,12
**looked** [2] **10:**16,18 **35:**9

looking [6] 6:7 13:15 23:3,4,4,7
lost [1] 16:4
lot [3] 8:4,13 12:2
lower [1] 30:10
██████ [1] 1:9

**M**

made [6] 4:13,14 8:12 16:21 28:15 29:22
mail [3] 18:15 19:13 26:20
manager [1] 22:5
manchester [1] 1:17
many [4] 20:12 32:18 33:6 35:7
marine [1] 31:8
matter [2] 36:3,19
maximum [1] 4:1
mcsweeney [1] 12:12
mean [2] 3:1 8:6
mediation [20] 5:17 6:4,6,7 7:17 8:11,17,21 9:5,19 10:9,22 12:3 15:3,7 21:18 33:17,20 34:2,7
members [1] 20:13
merit [2] 25:22 33:21
middle [1] 17:15
might [3] 7:18 10:20 18:4
mike [1] 9:23
minute [2] 29:14,15
mired [1] 28:14
mistake [2] 18:10 32:11
misunderstood [1] 16:1
moment [1] 6:12
monday [8] 16:12 18:17,18, 19 19:16,16 20:16 26:17
months [2] 5:13 9:2
morning [12] 2:4,6,8,12,23 3:17 14:15 18:13,17,22 21:16 31:4
most [1] 10:17
motion [31] 11:3,12,20 13:4,5 14:16,17,20 18:16,22 19:3,5,9 21:11,11,22 22:1 24:22 26:18,20 27:1 28:20 30:14,14,17 33:11 34:3,5,12,15 35:11
motions [11] 11:17 22:8,15 25:2 33:6 35:7,8,10,11,13 36:16
move [3] 4:5 6:4 29:8
ms [83] 2:4,7,9,16,21 3:2,8 4:8,16,19 6:11,19 7:7,15,19 8:3,8 9:10,14,22 10:8,14,20 11:4,7,10,13,16 14:9 15:5,6,9,15,23 16:7,10,17 17:9,17 18:21 19:18,21 20:1,8,15,20,23 21:21 22:18,22 23:6 24:1,10,17 25:1,4 26:3,7,11 27:7,10 28:1,17,19 29:7 30:1 31:18,23 32:3,12,15,20 33:1 34:3,18, 21 35:5,15 36:4,8,13,18,20
multiple [4] 13:9 17:22 18:12 26:17

**N**

name [1] 23:13
narcotic [1] 3:13
██████ [1] 1:21
necessary [2] 10:22 17:20
need [6] 3:17 4:5 10:6 25:5

32:18 35:19
needed [1] 9:8
needs [5] 5:9 14:7 26:13
neither [2] 9:23 25:23
never [3] 19:20,22 29:21
new [4] 1:1 3:14 4:2 23:14
news [2] 7:1,2
next [1] 18:13
nh [2] 1:17,21
northern [1] 1:2
note [4] 8:18 23:9 24:5 36:14
noted [2] 28:20 30:5
nothing [1] 29:1
november [8] 12:19,20,22 13:1,2,7,13,16
number [3] 7:10,11 32:19
numerous [2] 16:18 24:20

**O**

object [5] 6:5 7:19 8:17 12:6 27:2
objecting [1] 27:2
objection [8] 3:15 10:10 11:5, 9,13,14,22 12:3
objections [1] 11:15
obviously [2] 30:6 31:3
offer [7] 4:11,12,13 5:12 6:14 9:16 28:23
office [8] 1:15 16:11,22 17:23 22:5 29:21 32:6 34:8
officer [3] 23:11,16 31:8
officers [1] 18:5,7
okay [21] 2:8,11 3:5 4:4,5,18, 22 5:6 7:9,16 11:14,19 14:22 15:23 16:6,16 19:23 23:23 29:9 32:16 34:14
once [1] 18:6
one [16] 4:12 6:11 7:13 14:1, 2 19:19,21 20:5 21:2 22:2 25:14 26:12 28:12,19 34:1,16
only [2] 19:14 32:19
opinion [2] 5:21 10:21
opportunity [1] 2:23
order [6] 2:18 3:15 8:20 9:6 33:19 34:6
ordered [1] 10:9
orders [1] 3:4
original [2] 2:18 3:3
other [12] 8:9 9:17 10:15 23:1,2 25:19,21,23 26:12 28:16 29:20 35:17
out [13] 5:10 6:6,13,21 7:7 10:4 18:16 22:1 23:3 24:7 28:12 31:20 34:10
over [5] 3:23 10:10 17:12 24:19 31:9

**P**

p.d [2] 12:23 31:5
papers [1] 11:19
part [2] 6:17 26:1
particular [1] 8:18
particularly [1] 8:10
past [1] 16:22
path [1] 32:14
pcc [2] 24:13 25:9
penalties [1] 4:1
people [1] 17:11
people's [1] 18:9
per [1] 17:18

person [2] 17:4,13
personal [9] 3:8 27:6,9,16,21 28:1,14 32:12 36:14
peterborough [1] 7:11
ph [4] 3:11 7:9 12:12 13:16
phone [2] 14:5 17:12
photographs [1] 30:21
piece [1] 26:12
plea [2] 6:18 9:16
pleadings [5] 7:22,23 10:17 24:18 34:21 35:1
pleas [1] 9:15
please [10] 2:1 16:7,8,14,18, 19 17:20 19:12 27:12 32:9
point [5] 3:20 13:8 33:7 35:8, 14
police [22] 11:22 12:13 16:13, 20 18:4,5,5,7,8,15 19:10 21: 2,5,9 22:11 23:11,16,21 26: 14,16 30:21 31:4
police's [1] 21:14
policy [1] 17:23
poorly [1] 25:19
position [6] 8:15 16:4 19:4 22:9 28:4 31:21
possible [1] 6:20
possibly [1] 6:21
powers [3] 8:20 9:8 10:5
pr [1] 3:10
practice [1] 31:7
presiding [1] 1:22
presume [1] 3:2
pretrial [1] 32:18
prior [10] 5:16 6:14,21 13:5 17:18 23:9 30:16,19 34:22, 23
prison [1] 5:14
private [1] 31:7
probably [2] 5:20 9:8
problem [2] 13:5 30:23
problems [2] 20:5 30:11
procedural [1] 12:19
process [1] 15:1
produce [1] 17:19
productive [5] 12:8 22:21 24: 9 29:12 30:9
proper [1] 5:9
prosecution [2] 8:21 10:3
prosecutor [5] 10:2 23:19 31: 9
provide [6] 9:4,4,18 11:22 13: 19 14:3
provided [1] 26:16
put [6] 5:9 13:13 15:9 26:19 33:2 34:10
putting [2] 8:12 27:18
puzzle [1] 26:12

**Q**

question [2] 26:10 36:9
questions [2] 15:12,21

**R**

reached [2] 6:13,21
read [2] 11:19 31:15
really [2] 24:9 35:22
reason [4] 16:23 33:20 34:1 35:17
receive [2] 13:6 14:12,14 19: 15 21:17 26:19

received [6] 4:9,17 12:21 19: 20,22 28:7
receiving [3] 17:22 21:9 30: 20
recent [2] 7:21 10:17
recently [1] 24:6
reciprocal [1] 30:20
recognizance [1] 3:9
record [8] 2:2 5:16 8:18 15: 10 16:21 21:4 29:13 36:14
refer [1] 7:21
referencing [1] 31:11
refusing [1] 19:1,2
regard [1] 29:17
regarding [1] 9:15
regardless [1] 9:6
rehash [1] 12:9
rejected [1] 4:17
remember [3] 9:10,11,14
repeated [1] 36:16
replied [1] 29:18
report [2] 7:10 21:3
reported [1] 31:13
reports [1] 30:21
represent [2] 25:17,18
representation [1] 20:17
representations [1] 20:13
representing [1] 25:16
reprimanded [1] 24:6
request [4] 15:3 16:23 18:18 24:2
requested [1] 18:17
requesting [2] 12:20,22
requests [2] 17:18,21
require [1] 10:2
required [1] 8:14
resend [1] 19:12
resent [1] 19:16
reshare [2] 14:2 16:14
resolution [2] 4:7 5:11
resolve [1] 24:9
resources [1] 11:1
respectfully [7] 10:14 15:16 18:3,7 20:8 26:4 36:13
respective [1] 24:8
respond [6] 14:9 15:5,7 24: 16 29:11 30:18
responding [2] 21:13,15
response [4] 19:13 27:15 30: 23 31:1
responses [1] 7:22
return [1] 3:13
reviewed [1] 3:16
richards [1] 33:10
ridiculous [1] 15:1
role [1] 35:22
rule [1] 9:21 28:10,10 34:16
rules [7] 9:4,4,18 18:23 21:23 22:3,4
ruling [1] 34:22

**S**

safest [1] 33:1
same [6] 2:17 3:3 7:10 21:2, 23 22:3
sanctions [7] 18:23 19:3 22:8 24:22 25:3 35:14 36:16
save [1] 16:3
saw [1] 16:16
saying [11] 5:10 6:16 11:23

www.protext.com

**13**:3 **20**:3 **22**:5 **23**:12 **25**:20 **28**:5 **31**:1 **34**:5
**says** [4] **14**:2 **19**:19,21 **21**:8
**scanlon** [1] **9**:23
**scanned** [1] **31**:4
**schedule** [1] **31**:21
**scheduled** [2] **34**:8 **35**:12
**second** [13] **3**:14 **5**:5 **7**:23 **14**:16 **17**:15 **21**:11,22 **22**:2 **23**:7 **26**:20 **30**:7,13,14
**seconds** [1] **7**:8
**secretaries** [1] **29**:21
**secretary** [1] **29**:19
**see** [7] **3**:1 **5**:21 **10**:3 **14**:20 **21**:6 **30**:15 **31**:4
**seeing** [1] **20**:5
**seems** [1] **14**:7
**seen** [3] **10**:7 **20**:11 **31**:2
**selection** [2] **31**:22 **32**:17
**send** [4] **5**:12 **12**:23 **18**:14 **21**:15
**sense** [3] **8**:13 **35**:20 **36**:10
**sent** [18] **5**:9 **12**:19 **13**:7,10,11,13 **14**:18,19 **16**:1,13 **19**:9 **21**:10 **22**:6,12 **24**:1 **30**:10 **31**:2,3
**separately** [1] **11**:12
**separation** [3] **8**:19 **9**:7 **10**:5
**september** [2] **16**:2 **19**:15
**sergeant** [1] **12**:12
**serve** [1] **23**:17
**served** [3] **23**:14 **26**:2 **31**:7
**seven** [1] **18**:6
**share** [2] **14**:18 **21**:4
**sharing** [1] **30**:15
**sheâ€™s** [2] **7**:5 **17**:10
**shoot** [1] **31**:10
**shouldnâ€™t** [1] **25**:15
**side** [2] **8**:12 **35**:23
**sides** [1] **5**:19
**simple** [1] **15**:11
**simply** [1] **19**:7
**sir** [10] **3**:16 **12**:1 **14**:4,10 **17**:12,13 **31**:6,15 **33**:12,17
**sit** [4] **8**:10,14 **10**:3 **25**:5
**sitting** [1] **25**:7
**six** [1] **18**:5
**software** [1] **21**:3
**somebody** [2] **7**:3 **30**:22
**someone** [1] **31**:10
**somewhere** [1] **21**:19
**soon** [1] **33**:10
**sorry** [2] **23**:12,13
**sort** [2] **25**:22 **35**:4
**sounds** [3] **7**:17 **19**:10 **28**:5
**specifically** [2] **9**:19 **11**:7
**spelled** [2] **22**:1 **23**:13
**spoke** [2] **13**:1 **28**:21
**stand-committed** [1] **5**:13
**start** [1] **17**:22
**started** [2] **17**:7 **29**:20
**state** [25] **1**:1,5,14 **2**:3,5 **3**:17 **5**:14 **6**:1,5,6 **8**:14,20 **9**:5 **12**:21 **13**:6,10 **16**:19 **17**:21 **23**:18 **25**:17 **26**:1,4 **27**:17 **30**:21 **36**:5
**stateâ€™s** [7] **4**:13 **6**:17 **7**:22 **9**:15 **10**:23 **11**:21 **19**:4
**statement** [1] **21**:14
**status** [2] **19**:8 **21**:18

**stay** [2] **35**:20 **36**:10
**still** [7] **12**:15 **17**:23 **18**:2,12,13 **19**:11 **33**:17
**stop** [4] **27**:11 **30**:2,4 **32**:13
**street** [1] **1**:16
**strongly** [1] **12**:6
**subpoena** [1] **23**:14
**subpoenaed** [1] **18**:6
**suggested** [2] **5**:16 **6**:3
**suite** [1] **1**:20
**summary** [1] **6**:7
**supervisor** [4] **13**:1 **28**:21,21 **29**:6
**suspended** [1] **5**:14
**system** [1] **21**:1

---

### T

**table** [1] **8**:16
**talked** [1] **9**:2
**technology** [1] **1**:20
**tee** [1] **10**:13
**telephone** [2] **17**:7,8
**temperature** [2] **30**:7,10
**terms** [4] **2**:17 **3**:3 **6**:6 **30**:7
**thanks** [1] **3**:6
**thanksgiving** [2] **16**:11,12
**thatâ€™s** [25] **4**:12,15 **6**:17 **7**:1,11 **17**:13 **18**:7 **19**:12,13,19,21 **20**:9,9 **22**:21 **27**:17,20 **29**:19,23 **30**:13 **31**:15 **33**:18 **34**:17 **35**:5 **36**:2,11
**thereâ€™s** [11] **10**:1 **12**:1 **15**:21 **16**:7 **20**:6 **22**:18 **26**:7,12 **28**:17 **34**:15 **35**:17
**theyâ€™ll** [1] **3**:2
**theyâ€™re** [2] **6**:2 **23**:18
**third** [3] **8**:16 **22**:6,7
**though** [1] **25**:16
**three** [4] **33**:1,2,4,5
**till** [1] **34**:11
**today** [3] **3**:20 **12**:14 **34**:17 **35**:11,12
**todayâ€™s** [3] **4**:21 **12**:14 **35**:1
**together** [1] **30**:12
**top** [1] **28**:6
**total** [1] **18**:5
**toward** [1] **36**:15
**tremendous** [1] **20**:22
**trial** [2] **4**:20 **31**:21
**trialâ€™s** [2] **32**:16 **34**:11
**trouble** [1] **31**:6
**true** [5] **12**:16 **29**:2,3,3,4
**trust** [2] **24**:6 **31**:11
**try** [2] **6**:4 **32**:19
**trying** [2] **23**:7 **30**:10
**turn** [1] **5**:4
**turning** [1] **27**:21
**turnpike** [1] **3**:14
**two** [16] **11**:15,16 **12**:15 **18**:1,11 **19**:7,18 **22**:23 **25**:1,19 **32**:20,22 **33**:1,2 **35**:18,21
**typical** [1] **3**:11
**typo** [1] **7**:9

---

### U

**under** [2] **4**:10 **32**:4
**understand** [5] **12**:6 **15**:13,20,21 **21**:7
**underway** [1] **4**:9

**universes** [1] **5**:18
**unless** [1] **28**:12
**until** [5] **11**:23 **12**:14 **14**:20 **30**:16 **31**:11
**up** [2] **10**:13 **20**:6
**upset** [1] **29**:22
**uses** [1] **21**:2

---

### V

**variety** [1] **35**:8
**vendetta** [1] **27**:9
**vendettas** [1] **27**:10
**via** [1] **36**:16
**video** [2] **15**:1 **29**:1
**view** [1] **6**:9
**violated** [1] **21**:23
**violates** [2] **8**:19 **18**:23
**violating** [2] **22**:2,2
**violation** [1] **10**:4

---

### W

**wait** [2] **18**:14 **31**:11
**waiver** [1] **3**:19
**wanted** [2] **9**:7 **21**:17
**wants** [2] **31**:3 **32**:19
**wasnâ€™t** [1] **23**:17
**waste** [1] **14**:5
**wasted** [1] **22**:11
**way** [11] **1**:20 **5**:22 **6**:2,4 **8**:8 **17**:3,12 **20**:3 **23**:3 **27**:3 **28**:12
**weâ€™ll** [2] **15**:7 **33**:2
**weâ€™re** [7] **2**:12 **5**:17 **17**:7,15 **19**:2 **27**:1,22 **29**:8,9 **31**:16,19,19,21 **32**:2,7,7,10
**weâ€™ve** [2] **30**:11,13
███ [1] **1**:19
**webex** [1] **2**:7
**wednesday** [1] **18**:22
**weigh** [1] **25**:22
**werenâ€™t** [2] **23**:12,13
**whatâ€™s** [4] **6**:9 **7**:2 **12**:14 **19**:8
**whatever** [1] **33**:20
**whenever** [2] **6**:18 **33**:12
**whether** [3] **10**:21 **25**:14 **36**:10
**whitehead** [2] **13**:16 **16**:13
**whittle** [1] **18**:8
**whoâ€™s** [1] **5**:19
**whole** [2] **18**:8 **31**:15
**will** [11] **6**:20 **16**:14 **22**:11,13 **25**:15,23 **29**:15 **32**:17,18 **35**:12,19
**willing** [2] **5**:11 **20**:12
**withdraw** [2] **36**:5,7
**withdrawn** [3] **22**:7,14 **24**:19
**witness** [1] **23**:17
**wonder** [4] **32**:3 **35**:20 **36**:1,1
**word** [1] **24**:16
**work** [4] **10**:3 **16**:21 **23**:3 **35**:18
**working** [3] **25**:19 **30**:11 **35**:18
**worth** [2] **8**:11 **10**:23
**wouldnâ€™t** [2] **7**:6 **31**:3
**writing** [2] **4**:13 **17**:19

---

### Y

**years** [2] **31**:7,9
**yesterday** [2] **26**:23 **27**:3
**youâ€™ll** [1] **4**:5

**youâ€™re** [14] **14**:1 **15**:12 **20**:3,12 **23**:4 **27**:8,14,19,20,21 **28**:5 **33**:7 **35**:4,9
**yourself** [3] **25**:17 **27**:9,16
**yourselves** [1] **2**:2

---