Outlook

**Fwd: Evidence.com – Case Download Link**

| | |
|---|---|
| From | ▮ |
| Date | Thu 12/8/2022 6:54 AM |
| To | Elena Brander <elena.brander@hcnh.gov> |

This is the only link I can find

    Forwarded message
From: **Axon** <noreply@evidence.com>
Date: Thu, Sep 29, 2022 at 8:52 PM
Subject: Evidence.com   Case Download Link
To: ▮





# MY.EVIDENCE.COM

Dear ▮ (Badge ID: b6a1fd9e5e57),

**Mark McSweeney** from **HILLSBORO POLICE DEPT. -NH** (https://hillsboropdnh.evidence.com) has sent you a link to download the case ▮ on Evidence.com. You will download **1** zip or iso file(s) containing the pieces of evidence in this case. This download may take a while depending on your internet connection.

The Hillsboro Police Department has sent you a link to download body-cam footage. IMPORTANT: The link provided is only valid for 10 days. ▮

**Please note that your access to this link will expire on October 9, 2022 17:51:6 (-07:00).**
Afterwards, you will need to contact the sender to request access.

Download link:
[Click here to download]

Sincerely,
The Axon Team

SECURITY NOTICE  A on will not send you emails that request your username, password, security questions, or any other sensitive information  If you receive an email requesting information, it is most likely an attempt to gain access to your account  Furthermore, please verify that any hyperlinks in the message above begin with the proper URL e g "[https //agencyname evidence com](https //agencyname evidence com)"  Please forward emails that appear suspicious to [help@evidence com](mailto:help@evidence com)

Best regards,

▓▓▓▓▓▓▓▓ Esq.



**▓▓▓▓▓▓▓▓ Esq.**

IMPORTANT  The contents of this email and any attachments are confidential  They are intended for the named recipient(s) only  If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof