| | |
|---|---|
| From: |  |
| To: | Elena Brander; Patrick Ives; |
| Subject: | Update |
| Date: | Thursday, December 8, 2022 7:17:26 AM |

Atty. Brander,

Just now, I searched using the term Axon--I located the link in my email trash from November 29th that I must have inadvertently deleted. I plan to file a pleading to correct the record on various issues the State raised, and I will note this fact. As I previously stated, a phone call/email confirming the link had been sent could have solved this issue much faster versus saying one had been requested and then sending additional discovery or you could have stated, please wait 48 hours for a response etc...all of this will be noted in the pleading to be filed.
   The separate issue is your conduct during the hearing on 12/6. Your attack on my integrity evinced an unmistakable intent to embarrass and harass me in a public setting. As noted by the Court, other lawyers have encountered similar issues. The IOLTA statement and ,after being warned to stop by the Court, referencing my departure from the HCAO, demonstrate your intent. Furthermore, the incident referencing my departure has been annulled. You referenced the prior case with Mr. ▇▇▇. I have no idea what you are suggesting. As previously stated, I am pursuing a PCC complaint so that these issues may be fully vetted by independent counsel.

Atty. Ives,

   As Attorney Brander's supervisor, I am providing you with a courtesy notification of this inquiry. I will leave it to your office to conduct an internal review of this matter. I have obtained a copy of the hearing.

--

**Best regards,**



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

