# CAMPBELL CONROY & O'NEIL
PROFESSIONAL CORPORATION



| | |
|---|---|
| 20 CITY SQUARE<br>SUITE 300<br>BOSTON, MA 02129<br>TEL: (617) 241-3000<br>FAX: (617) 241-5115 | THOMAS C. FRONGILLO<br>(617) 241-3092<br>TFrongillo@campbell-trial-lawyers.com |

August 27, 2024

**CERTIFIED MAIL, RETURN
RECEIPT REQUESTED**



Re: <u>Notice to Preserve Evidence</u>

Dear Mr. ▮:

This office represents Elena (Brander) Ben David in connection with the grievance that you filed against her with the New Hampshire Attorney Discipline Office titled *Brander, Elena M. advs. Attorney Discipline Office*, #2023-013. Pursuant to New Hampshire Rule of Professional Conduct 3.4(a),[1] this notice requests that you preserve and maintain in original form all documents, electronically stored information, and tangible objects (including CDs and videos) that may be relevant to (1) the grievance you filed against Attorney (Brander) Ben David and (2) the case of *State v.* ▮, Docket 216-2022-▮. As to evidence relevant to the subject matter of the grievance and the ▮ case, this request includes, without limitation, that you preserve the following:

(1) communications with the Hillsboro Police Department;

(2) discovery produced to you by the Hillsboro Police Department, including all video evidence that you downloaded from AXON discovery links containing videos from police body-warn cameras in the ▮ case;

(3) communications with the Hillsborough County Attorney's Office;

(4) discovery produced to you by the Hillsborough County Attorney's Office;

(5) communications with the Hillsborough Superior Court;

---

[1] *See, e.g.*, NEW HAMPSHIRE PROFESSIONAL CONDUCT RULE 3.4(a) (lawyer shall not unlawfully obstruct another party's access to evidence or unlawfully alter, destroy or conceal a document or other material having potential evidentiary value; lawyer shall not counsel or assist another person to do any such act); *cf.* NEW HAMPSHIRE R. CIV. P. 25(b) (parties have duty to preserve all potentially relevant ESI once aware that information may be relevant to potential claim; counsel for parties have a duty to notify clients to place a "litigation hold" on all potentially relevant ESI).

███████, Esq.
August 27, 2024
Page 2 of 2

      (6) communications with and submissions to the New Hampshire Attorney Discipline Office; and

      (7) communications with all others pertaining to the issues raised in your grievance.

Additionally, you are specifically requested not to delete or alter the evidence produced to you as discovery in the ███████ case by the Hillsboro Police Department and the Hillsborough County Attorney's Office that you downloaded on your computer from AXON links that you received or about September 29, 2022, and again on November 28, 2022.

Very truly yours,


Thomas C. Frongillo