# Attorney Discipline Office: Responding to and Avoiding Grievances - Presentation to NH Attorney General's Office

BRIAN R. MOUSHEGIAN, GENERAL COUNSEL

NEW HAMPSHIRE SUPREME COURT

ATTORNEY DISCIPLINE OFFICE

# Rule 4.4(a) & Rule 8.4(g)

- Rule 4.4(a) (Respect for Rights of Third Persons)

(a) In **representing a client**, a lawyer shall not take any action if the lawyer *knows or it is obvious* that the action has the *primary purpose* to embarrass, delay or burden a third person.

- Rule 8.4(g) (Misconduct)

(g) take any action, *while acting as a lawyer* in any context, if the lawyer *knows or it is obvious* that the action has the *primary purpose* to embarrass, harass or burden another person, including conduct motivated by animus against the other person based upon the other person's race, sex, religion, national origin, ethnicity, physical or mental disability, age, sexual orientation, marital status or gender identity. . . .