UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Elena Ben David,                             \*
                                             \*
          Plaintiff,                         \*
     v.                                      \*    Civil No. 1:25-cv-00278-LM-AJ
                                             \*
Attorney Discipline Office                   \*
of the NH Supreme Court,                     \*
                                             \*
          Defendants.                        \*
                                             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT ADO'S MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Defendant, the Attorney Discipline Office of the New Hampshire Supreme Court, by and through their counsel, the New Hampshire Office of the Attorney General, hereby moves and states as follows:

1. On or around July 28, 2025, Plaintiff initiated this action by filing her initial Complaint with this Court. *See* ECF Doc. No 1. On or around December 11, 2025, Plaintiff filed an Amended Complaint, which pleading sought to add various other defendants as parties to this action. *See* ECF Doc. No. 12.

2. Defendant's deadline to respond to Plaintiff's Complaint is presently set for December 29, 2025.

3. On information and belief, Parties are in the process of discussing waivers of service and/or logistics of service regarding the various newly-added defendants. It is anticipated that, once service is complete, the Parties will cooperate to agree on a consolidated response deadline applicable to all defendants.

4.  In any event, undersigned counsel requires additional time to confer with Plaintiff's counsel regarding logistics of service and next steps in this case, and to confer with the ADO regarding a response to the Plaintiff's Amended Complaint.

5.  Given the status of service, and the anticipated waivers of same, Plaintiff will not be prejudiced by the relief requested herein.

6.  Plaintiff was contacted, through counsel, regarding the relief requested herein. However, as of this filing, it remains unclear whether Plaintiff explicitly assents to the relief requested herein.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Grant this Motion;

B. Extend the Defendant's responsive pleading deadline to February 20, 2026; and

C. Grant any other and further relief as justice may require.

Respectfully submitted,

Attorney Discipline Office
of the NH Supreme Court

By its attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: December 29, 2025

/s/ Shawna Bentley
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

                                        /s/ Shawna Bentley
                                        Shawna Bentley

Case 1:25-cv-00278-JL-AJ   Document 15   Filed 12/29/25   Page 3 of 3