UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ELENA BEN DAVID,<br>        Plaintiff,<br>v.<br><br>BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, MARK P. CORNELL, in his official capacity as Deputy General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANDREA Q. LABONTE, in her official capacity as Assistant General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ELIZABETH M. MURPHY, in her official capacity as Assistant Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANTHONY J. NARO, in his official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, ELAINE HOLDEN, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, HON. PETER H. FAUVER, in his official capacity as the member of the Hearings Committee appointed as the Hearing Panel Chair in Attorney Discipline Office, No. 23-013, BROOKSLEY C. BELANGER, in her official capacity as Chair of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, SUSAN CHOLLET, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, STEPHANIE C. HAUSMAN, in her official capacity as Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, CAROLINE K. LEONARD, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, KATHLEEN M. AMES, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, RONALD K. ACE, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, RICHARD C. GAGLIUSO, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, EVERETT S. GRASS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, PETER J. KIRIAKOUTSOS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBERT R. LUCIC, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, KARYL R. MARTIN, in her official | CIVIL ACTION NO.: 1:25-CV-00278-JL-AJ |

| |
|---|
| capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBIN D. MELONE, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, MITCHEL M. SIMON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, and ERIC R. WILSON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, <br>                 Defendants. |

## PARTIALLY ASSENTED-TO MOTION TO FILE SUBSTITUTE AMENDED COMPLAINT

NOW COMES the Plaintiff, Elena Ben David ("Ms. Ben David"), by and through her attorneys, Cleveland, Waters and Bass, P.A., and respectfully moves to file a substitute amended complaint, and states as follows in support thereof:

1. On December 10, 2025, Ms. Ben David filed an amended complaint as of right pursuant to Federal Rule of Civil Procedure 15. The amended complaint contained some scrivener's errors which Ms. Ben David desires to correct.

2. Counsel for the Attorney Discipline Office defendants and the members of the Professional Conduct Committee assent to the relief requested herein. On information and belief, counsel for the Hearings Committee defendants has not been assigned by the Attorney General.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A. Grant this motion and substitute the amended complaint with the corrected amended complaint; and

B. Grant such other and further relief as may be just, equitable, and proper.

|                              | Respectfully submitted,                                              |
|------------------------------|----------------------------------------------------------------------|
|                              | Elena Ben David,<br>By Her Attorneys,                                |
| February 3, 2026             | */s/ Jacob M. Rhodes*<br>Jacob M. Rhodes, Esq. (NH Bar #274590)<br>rhodesj@cwbpa.com<br>Cleveland, Waters and Bass, P.A.<br>Two Capital Plaza, Fifth Floor<br>Concord, NH 03301<br>(603) 224-7761 |

                                                -and-

| Richard J. Lehmann           | Thomas C. Frongillo                                                  |
|------------------------------|----------------------------------------------------------------------|
| (NH Bar #9339)               | (BBO No. 180690)                                                     |
| rick@nhlawyer.com            | (*Pro Hac Vice* Forthcoming)                                         |
| Lehmann Major List PLLC      | tfrongillo@campbell-trial-lawyers.com                                |
| 6 Garvins Falls Road         | Campbell Conroy & O'Neil, P.C.                                       |
| Concord, NH 03301            | 20 City Square, Suite 300                                            |
| (603) 715-2516               | Boston, MA 02129-3733                                                |
|                              | (617) 241-3000                                                       |

## **CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of the within document was served upon all counsel of record through the court's ecf-filing system.

February 3, 2026            */s/ Jacob M. Rhodes*
                            Jacob M. Rhodes, Esq.

4931-3805-9390, v. 2