UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Elena Ben David ,                    *
                                     *
           Plaintiff,                *
     v.                              *      Civil No. 1:25-cv-00278-LM-AJ
                                     *
Attorney Discipline Office           *
of the NH Supreme Court,             *
                                     *
           Defendants.               *
                                     *
*************************************
```

**DEFENDANTS' JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Defendants, the Attorney Discipline Office of the New Hampshire Supreme Court, Mark P. Cornell, Sara S. Greene, Elizabeth M. Murphy, Andrea Q. Labonte, Brian R. Moushegian, Everett S. Grass, Stephanie C. Hausman, Caroline K. Leonard, Kathleen M. Ames, Ronald K. Ace, Richard C. Gagliuso, Peter J. Kiriakoutsos, Robert R. Lucic, Karyl R. Martin, Robin D. Melone, Mitchell M. Simon, Eric R. Wilson, Peter H. Fauver, Susan Chollet, Elaine Holden, Anthony J. Naro, and Brooksley C. Belanger, by and through their counsel, the New Hampshire Office of the Attorney General, hereby move and state as follows:

1. On or around July 28, 2025, Plaintiff initiated this action by filing her initial Complaint with this Court. *See* ECF Doc. No 1. On or around December 11, 2025, Plaintiff filed an Amended Complaint, which pleading sought to add various other defendants as parties to this action. *See* ECF Doc. No. 12.

2. Defendant ADO's deadline to respond to Plaintiff's Complaint is presently set for February 20, 2026. *See* January 14, 2026 Endorsed Order (granting Defendant ADO's Motion to Extend Responsive Pleading Deadline (ECF 15)). When the Defendant ADO moved to extend its

responsive pleading deadline to February 20, 2026, it noted that the Parties "are in the process of discussing waivers of service and/or logistics of service regarding the various newly-added defendants. It is anticipated that, once service is complete, the Parties will cooperate to agree on a consolidated response deadline applicable to all defendants." ECF 15 at ¶ 3.

3. After the Amended Complaint was filed, and after Defendant ADO moved to extend its responsive pleading deadline associated with same, Plaintiff moved to file a "Substitute Amended Complaint[.]" *See* ECF 16.

4. As of this filing, the newly-added Defendants have accepted service of Plaintiff's Amended Complaint (ECF 12) and have had the opportunity to review Plaintiff's "Substitute Amended Complaint" (ECF 16). Defendants assume that the "Substitute Amended Complaint" is the operative pleading in this matter.

5. Now, Defendants move to consolidate and extend their responsive pleadings deadline(s) to March 31, 2026. Defendants submit that this extension will allow them necessary time to confer with their clients regarding the allegations in the "Substitute Amended Complaint" and allow counsel to coordinate with one another regarding same. Defendants further submit that the consolidated briefing schedule will serve the interests of judicial economy.

6. Plaintiff was contacted, through counsel, regarding the relief requested herein. However, as of this filing, Plaintiff's position regarding the above has not been communicated to undersigned counsel.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

  A. Grant this Motion;

  B. Extend the Defendants' responsive pleading deadline to March 31, 2026; and

  C. Grant such other and further relief as justice may require.

Respectfully submitted,

Attorney Discipline Office
of the New Hampshire Supreme Court,
MARK P. CORNELL, in his official capacity as Deputy General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ELIZABETH M. MURPHY, in her official capacity as Assistant Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANDREA Q. LABONTE, in her official capacity as Assistant General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, and BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: February 20, 2026

*/s/ Shawna Bentley*
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

and

EVERETT S. GRASS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, STEPHANIE C. HAUSMAN, in her official capacity as Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, CAROLINE K. LEONARD, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, KATHLEEN M.

AMES, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, RONALD K. ACE, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, RICHARD C. GAGLIUSO, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, EVERETT S. GRASS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, PETER J. KIRIAKOUTSOS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBERT R. LUCIC, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, KARYL R. MARTIN, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBIN D. MELONE, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, MITCHEL M. SIMON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, and ERIC R. WILSON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court.

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

*/s/ James H. Holl*
James H. Holl, Bar #279633
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
James.H.Holl@doj.nh.gov

and

HON. PETER H. FAUVER, in his official capacity as the member of the Hearings Committee appointed as the Hearing Panel Chair in Attorney Discipline Office, No. 23-013, SUSAN CHOLLET, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, ELAINE HOLDEN, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, ANTHONY J. NARO, in his official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, and BROOKSLEY C. BELANGER, in her official capacity as Chair of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

*/s/ Laura J. Raymond*
Laura J. Raymond, Bar No. 275280
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3675
laura.j.raymond@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

/s/ Shawna Bentley
Shawna Bentley