UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Elena Ben David, | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*   Civil No. 1:25-cv-00278-LM-AJ |
| | \* |
| Attorney Discipline Office | \* |
| of the NH Supreme Court, | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF ASSENT TO MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

    NOW COMES Plaintiff Elena Ben David, by and through counsel, and respectfully states that she assents to the relief sought by the Defendants in their joint motion to extend responsive pleading deadline.

February 22, 2026

Respectfully Submitted
Elena Ben David
By her attorneys,
Lehmann Major List, PLLC

/s/Richard J. Lehmann
_____
Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

CERTIFICATION

    I hereby certify that a copy of this pleading was this day forwarded to opposing counsel via the court's electronic service system.

February 22, 2026

/s/Richard J. Lehmann
_____
Richard J. Lehmann