USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| ELENA BEN DAVID, | ) |
| *Plaintiff* | ) |
| THE ATTORNEY DISCIPLINE OFFICE, et al. | ) Case No. 1:25-CV-00278 |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Fauver, Elaine Holden, Susan Chollet, Anthony Naro, Brooksley Belanger                         .

Date: 3/3/26

*Attorney's signature*

Laura J. Raymond   #275280
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

Laura.J.Raymond@doj.nh.gov
*E-mail address*

603-271-3675
*Telephone number*

603-271-2110
*FAX number*