UNITED STATE DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

```
*********************************
Elena Ben David,                *
                                *
            Plaintiff,          *
    v.                          *       Civil No. 1:25-cv-00278-JL-AJ
                                *
Attorney Discipline Office,     *
                                *
            Defendants.         *
                                *
*********************************
```

### NOTICE OF STAY OF STATE DISCIPLINARY PROCEEDINGS

NOW COMES Elena Ben David, by and through counsel, and respectfully informs the Court that the underlying disciplinary proceedings referenced in the Verified Amended-Corrected Complaint have been stayed by the Hearing Panel Chair. A copy of the order staying those proceedings is attached hereto as an exhibit.

Respectfully Submitted
Elena Ben David
By her attorneys,
Lehmann Major List, PLLC

March 20, 2026

*/s/Richard J. Lehmann*
_____
Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

### CERTIFICATION

I hereby certify that a copy of this pleading was forwarded to opposing counsel this day via the court's electronic service system.

March 20, 2026

*/s/Richard J. Lehmann*
_____
Richard J. Lehmann