New Hampshire Supreme Court

## Hearings Committee

*a committee of the attorney discipline system*

4 Chenell Drive, Suite 102 ◆ Concord, NH  03301
603-224-5828; Fax 603-228-9511

Brooksley C. Belanger, Chair
Stephanie Annunziata, Vice Chair
Barbara J. Guay, Administrative Assistant

Ben David, Elena M. advs. Attorney Discipline Office - #23-013

## ORDER OF STAY OF DISCIPLIARY PROCEEDINGS

After discussion with counsel regarding scheduling the merits hearing in this case, the Panel Chair finds good cause to delay the scheduling. Specifically, the pending action in the U.S. District Court, District of New Hampshire will establish the applicable rule to be applied by the Hearing Panel in deciding whether there has been a violation. Accordingly, the matter is stayed pending a ruling by the Court.

Considering the stay, Respondent's Counsel shall file no later than February 17, 2026, a waiver of any time requirements or limitations as set forth in Rule 37A of the Rules and Procedures of the Attorney Discipline System.

Dated:  February 4, 2026

Peter H. Fauver
Hearing Panel Chair

cc:    Sara S. Greene, Disciplinary Counsel
       **Thomas C. Frongillo, Esquire**
       Jacob M. Rhodes, Esquire
       Richard J. Lehmann, Esquire
       Hon. Peter H. Fauver