# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ELENA BEN DAVID,<br><br>          Plaintiff,<br><br>v.<br><br>BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, MARK P. CORNELL, in his official capacity as Deputy General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANDREA Q. LABONTE, in her official capacity as Assistant General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ELIZABETH M. MURPHY, in her official capacity as Assistant Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANTHONY J. NARO, in his official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, ELAINE HOLDEN, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, HON. PETER H. FAUVER, in his official capacity as the member of the Hearings Committee appointed as the Hearing Panel Chair in Attorney Discipline Office, No. 23-013, BROOKSLEY C. BELANGER, in her official capacity as Chair of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, SUSAN CHOLLET, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, STEPHANIE C. HAUSMAN, in her official capacity as Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, CAROLINE K. LEONARD, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, KATHLEEN M. AMES, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, RONALD K. ACE, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, RICHARD C. GAGLIUSO, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, EVERETT S. GRASS, in his official capacity | CIVIL ACTION NO.: 1:25-CV-00278-JL-AJ |

1

as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, PETER J. KIRIAKOUTSOS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBERT R. LUCIC, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, KARYL R. MARTIN, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBIN D. MELONE, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, MITCHEL M. SIMON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, and ERIC R. WILSON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court,

Defendants.

## DECLARATION OF THOMAS C. FRONGILLO
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Civil Rule 83.2(b)(1) and Title 28 U.S.C. § 1746, I, Thomas C. Frongillo, Esq., declare under penalty of perjury as follows:

1.    My name is Thomas C. Frongillo. My current office address, email address, and telephone number are:

Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, Massachusetts 02129
tfrongillo@campbell-trial-lawyers.com
(617) 241-3092

2.    I am admitted to practice and have been a member in good standing of the Commonwealth of Massachusetts Bar since December 15, 1982. I also have been admitted to the United States District Court of Massachusetts since 1983, the United States Court of Appeals for the First Circuit since 1984, and the United States Court of Appeals for the Ninth Circuit since 2006.

3.    I am currently in good standing and eligible to practice before all courts in which I am admitted.

4.    I am not currently suspended or disbarred in any jurisdiction.

5.    I have never been denied admission to practice before any court.

6.    I have never been disciplined, censured, suspended, or denied admission or re-admission by any court.  There are no pending disciplinary proceedings against me in any state or federal court.

7.    I have never been convicted of any felony or misdemeanor crime.

8.    I have never been denied admission pro hac vice by any court.  I have never had my pro hac vice status revoked by any court.

In accordance with 28 U.S.C. § 1746, I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

Date:  March 23, 2026                          _____*/s/ Thomas C. Frongillo*_____
                                               Thomas C. Frongillo, Esq.

4901-0507-3305, v. 1

3