UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

ELENA BEN DAVID,
           Plaintiff,

v.

BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, MARK P. CORNELL, in his official capacity as Deputy General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANDREA Q. LABONTE, in her official capacity as Assistant General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ELIZABETH M. MURPHY, in her official capacity as Assistant Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANTHONY J. NARO, in his official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, ELAINE HOLDEN, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, HON. PETER H. FAUVER, in his official capacity as the member of the Hearings Committee appointed as the Hearing Panel Chair in Attorney Discipline Office, No. 23-013, BROOKSLEY C. BELANGER, in her official capacity as Chair of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, SUSAN CHOLLET, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, STEPHANIE C. HAUSMAN, in her official capacity as Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, CAROLINE K. LEONARD, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, KATHLEEN M. AMES, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, RONALD K. ACE, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, RICHARD C. GAGLIUSO, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, EVERETT S. GRASS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, PETER J. KIRIAKOUTSOS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBERT R. LUCIC, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, KARYL R. MARTIN, in her official

CIVIL ACTION NO.: 1:25-CV-00278-JL-AJ

capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBIN D. MELONE, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, MITCHEL M. SIMON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, and ERIC R. WILSON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court,

      Defendants.

## ASSENTED-TO MOTION EXTEND DEADLINE TO FILE JOINT STIPULATION

NOW COMES the Plaintiff, Elena Ben David ("Ms. Ben David"), by and through her attorneys, Cleveland, Waters and Bass, P.A., and respectfully moves to extend the deadline to file the joint stipulation to Wednesday, April 8, 2026, and states as follows in support thereof:

1. On Friday, March 27, 2026, this Court held a chambers conference and ordered the parties to file a joint stipulation regarding the Defendants who would continue in this case. The parties are working in good faith to agree on a joint stipulation and need until Wednesday, April 8, 2026 to complete that joint stipulation.

2. Counsel for the defendants assent to the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A. Grant this motion and extend the deadline to file the joint stipulation to April 8, 2026; and

B. Grant such other and further relief as may be just, equitable, and proper.

2

Respectfully submitted,

Elena Ben David,
By Her Attorneys,

April 3, 2026

*/s/ Jacob M. Rhodes*
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
(603) 224-7761

-and-

Richard J. Lehmann
(NH Bar #9339)
rick@nhlawyer.com
Lehmann Major List PLLC
6 Garvins Falls Road
Concord, NH 03301
(603) 715-2516

Thomas C. Frongillo
(BBO No. 180690)
(*Pro Hac Vice* Forthcoming)
tfrongillo@campbell-trial-lawyers.com
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129-3733
(617) 241-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of the within document was served upon all counsel of record through the court's ecf-filing system.

April 3, 2026

*/s/ Jacob M. Rhodes*
Jacob M. Rhodes, Esq.

4901-6812-0733, v. 1

3