UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

ELENA BEN DAVID,
                Plaintiff,

v.

BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, MARK P. CORNELL, in his official capacity as Deputy General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANDREA Q. LABONTE, in her official capacity as Assistant General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ELIZABETH M. MURPHY, in her official capacity as Assistant Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANTHONY J. NARO, in his official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, ELAINE HOLDEN, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, HON. PETER H. FAUVER, in his official capacity as the member of the Hearings Committee appointed as the Hearing Panel Chair in Attorney Discipline Office, No. 23-013, BROOKSLEY C. BELANGER, in her
official capacity as Chair of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, SUSAN CHOLLET, in her official capacity as a member of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, STEPHANIE C. HAUSMAN, in her official capacity as Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, CAROLINE K. LEONARD, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, KATHLEEN M. AMES, in her official capacity as Vice Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, RONALD K. ACE, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, RICHARD C. GAGLIUSO, in

CIVIL ACTION NO.:
1:25-CV-00278-JL-AJ

1

his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, EVERETT S. GRASS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, PETER J. KIRIAKOUTSOS, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBERT R. LUCIC, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, KARYL R. MARTIN, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, ROBIN D. MELONE, in her official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, MITCHEL M. SIMON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, and ERIC R. WILSON, in his official capacity as a Member of the Professional Conduct Committee of the New Hampshire Supreme Court, Defendants.

## JOINT STIPULATION

NOW COME the Parties and hereby file the joint stipulation and states as follows in support thereof:

1.     On Friday, March 27, 2026, this Court held a chambers conference and ordered the parties to file a joint stipulation regarding the Defendants who would continue in this case. The parties have agreed that Stephanie Hausman as Chair of the Professional Conduct Committee and any successor, Brian Moushegian as General Counsel of the Attorney Discipline Office and any successor, Sara S. Greene as Disciplinary Counsel and any successor, Brooksley C. Belanger as Chair of the Hearings Committee and any successor, and the Honorable Peter Fauver as acting chair over the Plaintiff's disciplinary hearing and any successor, will be the named defendants in this case.

WHEREFORE, the Parties respectfully requests that this Honorable Court:

A.    Grant this motion and extend the deadline to file the joint stipulation to April 8, 2026;

and

B.    Grant such other and further relief as may be just, equitable, and proper.

Respectfully submitted,

Elena Ben David,
By Her Attorneys,

April 8, 2026

/s/ Jacob M. Rhodes
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
(603) 224-7761

-and-

| | |
|---|---|
| Richard J. Lehmann | Thomas C. Frongillo |
| (NH Bar #9339) | (BBO No. 180690) |
| rick@nhlawyer.com | (*Pro Hac Vice* Forthcoming) |
| Lehmann Major List PLLC | tfrongillo@campbell-trial- |
| lawyers.com 6 Garvins Falls Road | Campbell Conroy & O'Neil, P.C. |
| Concord, NH 03301 | 20 City Square, Suite 300 |
| (603) 715-2516 | Boston, MA 02129-3733 |
| | (617) 241-3000 |

3

Attorney Discipline Office
of the New Hampshire Supreme Court,
MARK P. CORNELL, in his official capacity as Deputy General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ELIZABETH M. MURPHY, in her official capacity as Assistant Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, ANDREA Q. LABONTE, in her official capacity as Assistant General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, and BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

*/s/ Shawna Bentley*
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

HEARINGS COMMITTEE DEFENDANTS

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: April 8, 2026                    /s/ Laura J. Raymond
                                       Laura J. Raymond, Bar No. 275280
                                       Assistant Attorney General
                                       New Hampshire Department of Justice
                                       Bureau of Public Safety and Infrastructure
                                       1 Granite Place South
                                       Concord, New Hampshire 03301
                                       (603) 271-3675
                                       laura.j.raymond@doj.nh.gov

4

Professional Conduct Comm. Defendants

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: April 8, 2026

/s/ *James H. Holl*
James H. Holl, Esq., Bar No. 279633
Assistant Attorney General
New Hampshire Department of Justice
Civil Law Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
James.H.Holl@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that an electronic copy of the within document was served upon all counsel of record through the court's ecf-filing system.

April 8, 2026

/s/ *Jacob M. Rhodes*
Jacob M. Rhodes, Esq.

4901-6812-0733, v. 1