**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Elena Ben David ,                          \*
                                       \*
     Plaintiff,      \*
   v.                           \*     Civil No. 1:25-cv-00278-JL-AJ
                                       \*
Attorney Discipline Office of the          \*
NH Supreme Court,                          \*
                                       \*
     Defendants.     \*
                                       \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' JOINT MOTION TO DISMISS

Defendants, Brian R. Moushegian, General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, Sara S. Greene, Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, Hon. Peter H. Fauver, member of the Hearings Committee, Brooksley C. Belanger, Chair of the Hearings Committee, and Stephanie C. Hausman, Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, hereby move and state as follows:

1. Defendants have filed a Memorandum of Law in support of their Motion to Dismiss of near or even date herewith.

2. The arguments presented in said Memorandum of Law are hereby incorporated as if fully restated herein.

3. For the reasons stated in the accompanying Memorandum of Law, Plaintiff's claims warrant dismissal.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

A. Dismiss the Plaintiff's Complaint; and

B. Grant such other and further relief as justice may require.

Respectfully submitted,

Brian R. Moushegian, General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, and Sara S. Greene, Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: April 27, 2026

*/s/ Shawna Bentley*
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

and

Stephanie C. Hausman, Chair of the Professional Conduct Committee of the New Hampshire Supreme Court

By her attorney,

THE OFFICE OF THE ATTORNEY GENERAL

*/s/ James H. Holl*
James H. Holl, Bar #279633
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
James.H.Holl@doj.nh.gov

and

Hon. Peter H. Fauver, member of the Hearings Committee, and Brooksley C. Belanger, Chair of the Hearings Committee

- 2 -

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

*/s/ Laura J. Raymond*
Laura J. Raymond, Bar No. 275280
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3675
laura.j.raymond@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

/s/ Shawna Bentley
Shawna Bentley