**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| ELENA BEN DAVID,<br><br>       Plaintiff,<br><br>v.<br><br>BRIAN R. MOUSHEGIAN, in his official capacity as General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, SARA S. GREENE, in her official capacity as Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, HON. PETER H. FAUVER, in his official capacity as the member of the Hearings Committee appointed as the Hearing Panel Chair in Attorney Discipline Office, No. 23-013, BROOKSLEY C. BELANGER, in her official capacity as Chair of the Hearings Committee appointed to the Hearing Panel in Attorney Discipline Office, No. 23-013, and STEPHANIE C. HAUSMAN, in her official capacity as Chair of the Professional Conduct Committee of the New Hampshire Supreme Court.<br><br>       Defendants. | CIVIL ACTION NO.: 1:25-CV-00278-JL-AJ |

### ASSENTED-TO MOTION EXTEND DEADLINE TO OBJECT TO DEFENDANTS' MOTION TO DISMISS

NOW COMES the Plaintiff, Elena Ben David ("Ms. Ben David"), by and through her attorneys, Cleveland, Waters and Bass, P.A., and respectfully moves to extend the deadline to object to the Defendants' motion to dismiss, and states as follows in support thereof:

1.      On April 27, 2026, the Defendants filed a joint motion to dismiss Ms. Ben David's complaint. The deadline for an objection is May 11, 2026. Counsel for Ms. Ben David have a jury trial taking place from May 5th through May 8th. *Pro hac vice* counsel has a brief in the First Circuit due on May 18th. Due to these previously scheduled commitments counsel for Ms. Ben David requires

additional time to object to the Defendants' motion to dismiss. Ms. Ben David therefore requests that this Court grant an extension to the deadline to file an objection to the motion to dismiss to May 26, 2026.

2.      Counsel for the Defendants assents to the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A.      Grant this motion and extend the deadline to object to the Defendants' motion to dismiss to May 26, 2026; and

B.      Grant such other and further relief as may be just, equitable, and proper.

> Respectfully submitted,
>
> Elena Ben David,
> By Her Attorneys,

May 5, 2026

> /s/ Jacob M. Rhodes
> Jacob M. Rhodes, Esq. (NH Bar #274590)
> rhodesj@cwbpa.com
> Cleveland, Waters and Bass, P.A.
> Two Capital Plaza, Fifth Floor
> Concord, NH 03301
> (603) 224-7761
>
> -and-

| | |
|---|---|
| Richard J. Lehmann, Esq. | Thomas C. Frongillo, Esq. |
| (NH Bar #9339) | (BBO No. 180690) (*Pro Hac Vice*) |
| rick@nhlawyer.com | tfrongillo@campbell-trial-lawyers.com |
| Lehmann Major List PLLC | Campbell Conroy & O'Neil, P.C. |
| 6 Garvins Falls Road | 20 City Square, Suite 300 |
| Concord, NH 03301 | Boston, MA 02129-3733 |
| (603) 715-2516 | (617) 241-3000 |

### CERTIFICATE OF SERVICE

I hereby certify that an electronic copy of the within document was served upon all counsel of record through the court's ecf-filing system.

May 5, 2026

> /s/ Jacob M. Rhodes
> Jacob M. Rhodes, Esq.

4910-7354-3336, v. 1

2