**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Elena Ben David ,                                    \*
                                                        \*
        Plaintiff,              \*
    v.                                      \*        Civil No. 1:25-cv-00278-LM-AJ
                                                        \*
Attorney Discipline Office                       \*
of the NH Supreme Court,                       \*
                                                        \*
        Defendants.           \*
                                                        \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ASSENTED-TO MOTION TO EXTEND DEFENDANTS' REPLY DEADLINE</u>

Defendants, Brian R. Moushegian, General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, Sara S. Greene, Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, Hon. Peter H. Fauver, member of the Hearings Committee, Brooksley C. Belanger, Chair of the Hearings Committee, and Stephanie C. Hausman, Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, hereby move and state as follows:

1.     Defendants' deadline to file a Reply to Plaintiff's Objection to Defendants' Motion to Dismiss (ECF 30) is presently set for June 2, 2026.

2.     Due to competing deadlines in other matters and undersigned counsel's caseloads, Defendants require additional time to finalize their Reply in this matter.

3.     Defendants request that their reply deadline be extended to June 16, 2026.

4.     Plaintiff was contacted, through counsel, regarding the requested extension and assents to same.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A.  Extend the Defendants' deadline to reply to ECF 30 to June 16, 2026; and

B.  Grant such other and further relief as justice may require.

Respectfully submitted,

Brian R. Moushegian, General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, and Sara S. Greene, Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: June 2, 2026

/s/ Shawna Bentley
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

and

Stephanie C. Hausman, Chair of the Professional Conduct Committee of the New Hampshire Supreme Court

By her attorney,

THE OFFICE OF THE ATTORNEY GENERAL

/s/ James H. Holl
James H. Holl, Bar #279633
Assistant Attorney General
Civil Bureau
NH Department of Justice

1 Granite Place South
Concord, NH 03301
James.H.Holl@doj.nh.gov

and

Hon. Peter H. Fauver, member of the
Hearings Committee, and Brooksley C.
Belanger, Chair of the Hearings Committee

By their attorney,

THE OFFICE OF THE ATTORNEY
GENERAL

/s/ Laura J. Raymond
Laura J. Raymond, Bar No. 275280
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3675
laura.j.raymond@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

/s/ Shawna Bentley
Shawna Bentley