**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Elena Ben David,                                    \*
                                                                   \*
         Plaintiff,                            \*
    v.                                                     \*        Civil No. 1:25-cv-00278-LM-AJ
                                                                   \*
Attorney Discipline Office                   \*
of the NH Supreme Court,                   \*
                                                                   \*
        Defendants.                         \*
                                                                   \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO CONTINUE JULY 27, 2026 HEARING

Defendants, Brian R. Moushegian, General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, Sara S. Greene, Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, Hon. Peter H. Fauver, member of the Hearings Committee, Brooksley C. Belanger, Chair of the Hearings Committee, and Stephanie C. Hausman, Chair of the Professional Conduct Committee of the New Hampshire Supreme Court, hereby move and state as follows:

1.     A hearing on Defendants' Motion to Dismiss is presently scheduled for July 27, 2026.

2.     After business hours on July 23, 2026, Plaintiff filed a fourteen-page bench memorandum in this matter.

3.     On July 24, 2026, this Honorable Court issued an order stating:

> The court has reviewed the [Plaintiff's] submission.  The court will proceed with oral argument on Monday.  The respondents may (but are not ordered to) make a similar filing addressing the same issue(s) if they wish.  If Respondents require a delay of oral argument based on the petitioner's late filing, they should make an appropriate request.  The court suggests that, in the future,

petitioner's counsel consider seeking leave to make a late filing, or conferring with adverse counsel to make a joint filing providing the information they seek to submit.

4.    Given the timing in this matter, Defendants request that the upcoming July 27, 2026 Motion to Dismiss Hearing be continued to a date after August 6, 2026, so that undersigned counsel may review Plaintiff's filing with their clients and be afforded time to respond to same. Notably, various defendants and their counsel are unavailable to discuss the filing prior to Monday's hearing due to pre-planned leave. Further, both of the ADO Defendants are out of the office through the end of next week (August 31, 2026).

5.    Plaintiff was contacted, through counsel, regarding the relief requested herein and assents to same.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A.  Grant this Motion;

B.  Continue the Motion to Dismiss Hearing from July 27, 2026, to a date after August 6, 2026; and

C.  Grant such other and further relief as justice may require.

Respectfully submitted,

Brian R. Moushegian, General Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court, and Sara S. Greene, Disciplinary Counsel of the Attorney Discipline Office of the New Hampshire Supreme Court

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: July 24, 2026

/s/ Shawna Bentley
Shawna Bentley, Bar #270149
Assistant Attorney General
Civil Bureau

NH Department of Justice
1 Granite Place South
Concord, NH 03301
shawna.bentley@doj.nh.gov
(603) 271-6836

and

Stephanie C. Hausman, Chair of the Professional
Conduct Committee of the New Hampshire
Supreme Court

By her attorney,

THE OFFICE OF THE ATTORNEY GENERAL

/s/ James H. Holl
James H. Holl, Bar #279633
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
James.H.Holl@doj.nh.gov

and

Hon. Peter H. Fauver, member of the Hearings
Committee, and Brooksley C. Belanger, Chair of
the Hearings Committee

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

/s/ Laura J. Raymond
Laura J. Raymond, Bar No. 275280
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3675
laura.j.raymond@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

/s/ Shawna Bentley
Shawna Bentley