UNITED STATE DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

```
************************************
Elena Ben David ,                    *
                                     *
            Plaintiff,               *
      v.                             *    Civil No. 1:25-cv-00278-LM-AJ
                                     *
Attorney Discipline Office           *
of the NH Supreme Court,             *
                                     *
            Defendants.              *
                                     *
************************************
```

## **NOTICE OF CHANGED FACTS**

NOW COMES the undersigned counsel, who states as follows:

1.     At the hearing in this matter held Friday, August 7, the Court asked undersigned counsel whether the Plaintiff was still employed at the Hillsborough County Attorney's Office.

2.     Undersigned counsel replied that she was.

3.     At the time that statement was made, the answer was true and correct.

4.     Only after making that statement to the Court, did the undersigned learn that Friday was Attorney Ben David's final working as an Assistant Hillsborough County Attorney.

5.     Accordingly, in the interest of full candor to the Court, the undersigned now advises the Court that effective yesterday, Attorney Ben David is now employed as a trial attorney in the Civil Rights Division of the United States Department of Justice in Washington, D.C.

Respectfully Submitted
Elena Ben David
By her attorneys,
Lehmann Major List, PLLC


August 11, 2026

*/s/Richard J. Lehmann*

_____

Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

CERTIFICATION

I hereby certify that a copy of this pleading was this day forwarded to opposing counsel via the court's electronic service system.


August 11, 2026

*/s/Richard J. Lehmann*

_____

Richard J. Lehmann