UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elena Ben David

v. Case No. 25-cv-278-JL-AJ

Attorney Discipline Office of the
NH Supreme Court

JUDGMENT

In accordance with Orders by District Judge Joseph N. Laplante dated April 9, 2026, and October 16, 2026, judgment is hereby entered.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: October 16, 2026

cc: Counsel of Record