**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ELENA BEN DAVID,<br>Plaintiff,<br>v.<br>BRIAN R. MOUSHEGIAN, *et al.*,<br>Defendants. | CIVIL ACTION NO. 1:25-cv-00278-JL-AJ |

**NOTICE OF APPEAL OF ELENA BEN DAVID**

Pursuant to Fed. R. App. P. 4(a)(1)(A), plaintiff-appellant Elena Ben David hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment (Docket No. 40) entered on October 16, 2026 in *Elena Ben David v. Brian R. Moushegian, et al.*, Civil Action No. 1:25-cv-00278-JL-AJ. She also appeals from the District Court's related Memorandum Order Granting Motion to Dismiss (Docket No. 39), which was issued on October 16, 2026.

ELENA BEN DAVID

By her attorneys,

*/s/ Thomas C. Frongillo*
Thomas C. Frongillo (NH PHV Counsel)
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, Massachusetts 02129
tfrongillo@campbell-trial-lawyers.com
(617) 241-3092

*/s/ Richard J. Lehmann*
Richard J. Lehmann (Bar No. 9339)
LEHMANN MAJOR LIST, PLLC
6 Garvins Falls Road)
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

*/s/ Jacob M. Rhodes*
Jacob Rhodes (Bar No.274590)
CLEVELAND, WATERS AND BASS
Two Capital Plaza, 5th Floor
Concord, N.H. 03301
(603) 224-7761
rhodesj@cwbpa.com

DATE: November 13, 2026

**CERTIFICATE OF SERVICE**

I, Thomas C. Frongillo, counsel for appellant Elena Ben David, hereby certify that on November 13, 2026, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's electronic filing system, which will send notification of the filing to all counsel of record.

*/s/ Thomas C. Frongillo*
Thomas C. Frongillo